Lea F. Alvo-Sadiky
Attorney for Petitioner
National Labor Relations Board
Fourth Region
The Wanamaker Bldg.
100 East Penn Square
Philadelphia, PA 19107
Ph (215) 597-7630

## UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

* * * * * * * * * * * * * * * * * * * * * * * * * * *

KIMBERLY E. ANDREWS, Regional Director of the    *
Fourth Region of the NATIONAL LABOR    *
RELATIONS BOARD, for and on behalf of the    *
NATIONAL LABOR RELATIONS BOARD,    *
   *
   *
   *
           Petitioner,    *
   *
       v.    *    Civil No.    2:25-cv-04515
   *
NEW VITAE, INC. d/b/a NEW VITAE    *
WELLNESS AND RECOVERY    *
   *
           Respondent.    *

* * * * * * * * * * * * * * * * * * * * * * * * * * *

## APPENDIX OF EXHIBITS IN SUPPORT OF THE PETITION FOR INJUNCTION UNDER SECTION 10(j) OF THE NATIONAL LABOR RELATIONS ACT, AS AMENDED

Kimbery E. Andrews, Regional Director for Region Four of the National Labor Relations Board, lodges the following evidence in support of her Petition for Injunction Under Section 10(j) of the National Labor Relations Act, 29 U.S.C. Sec. 160(j):

i

| Exhibit Number | Description |
|---|---|
| Ex. 1 | Original Charge in 04-CA-324629 filed 8/25/23 |
| Ex. 2 | Original Charge in 04-CA-328382 filed 10/23/23 |
| Ex. 3 | First Amended charge in 04-CA-328382 dated 11 /8/23 |
| Ex. 4 | Second Amended charge in 04-CA-328382 dated 11 /4/24 |
| Ex. 5 | Original Charge in 04-CA-328762 filed 10/27/23 |
| Ex. 6 | First Amended Charge in 04-CA-328762 filed 12/4/23 |
| Ex. 7 | Second Amended Charge in 04-CA-328762 filed 12/13/23 |
| Ex. 8 | Third Amended Charge in 04-CA-328762 filed 11 /4/24 |
| Ex. 9 | Original Charge in 04-CA-347986 filed 8/9/24 |
| Ex. 10 | First Amended Charge in 04-CA-347986 filed 8/26/24 |
| Ex. 11 | Second Amended Charge in 04-CA-347986 filed 3/17/25 |
| Ex. 12 | Original Charge in 04-CA-354024 filed 11/4/24 |
| Ex. 13 | First Amended Charge in 04-CA-354024 filed 11/19/24 |
| Ex. 14 | Second Amended Charge in 04-CA-354024 filed 12/23/24 |
| Ex. 15 | Third Amended Charge in 04-CA-354024 filed 3/17/24 |
| Ex. 16 | Consolidated Complaint and Notice of Hearing dated 4/8/25 |
| Ex. 17 | Answer to Consolidated Complaint  received 4/22/25 |
|  |  |

EXHIBIT 1

FORM NLRB-501
(3-21)

UNITED STATES OF AMERICA
NATIONAL LABOR RELATIONS BOARD
**CHARGE AGAINST EMPLOYER**

| DO NOT WRITE IN THIS SPACE | |
|---|---|
| Case | Date Filed |
| 04-CA-324629 | 8/25/23 |

**INSTRUCTIONS:**
File an original with NLRB Regional Director for the region in which the alleged unfair labor practice occurred or is occurring.

| 1. EMPLOYER AGAINST WHOM CHARGE IS BROUGHT | | |
|---|---|---|
| a. Name of Employer<br><br>New Vitae Health & Wellness | | b. Tel. No.<br>(610) 556-0711 |
| | | c. Cell No. |
| | | f. Fax. No. |
| d. Address *(Street, city, state, and ZIP code)*<br><br>5201 S. Joseph's Road<br>P.O. Box 1001<br>Limeport, Pennsylvania 18060 | e. Employer Representative<br><br>Samantha Perch, Director of Human Resources | g. e-mail<br>sperch@newvitaewellness.com |
| | | h. Number of workers employed<br>24 |
| i. Type of Establishment *(factory, mine, wholesaler, etc.)*<br>Recovery Center | j. Identify principal product or service<br>Health Care | |

The above-named employer has engaged in and is engaging in unfair labor practices within the meaning of section 8(a), subsections (1) and

(list subsections)   (5)                                                                                    of the National Labor Relations Act, and these unfair labor

practices are practices affecting commerce within the meaning of the Act, or these unfair labor practices are practices affecting commerce within the

meaning of the Act and the Postal Reorganization Act.

2. Basis of the Charge *(set forth a clear and concise statement of the facts constituting the alleged unfair labor practices)*

Since on or about May 9, 2023, the Employer has failed and refused to bargain with the Union, and has failed and refused to provide
information related to bargaining.

3. Full name of party filing charge *(if labor organization, give full name, including local name and number)*
District 1199C, National Union of Hospital and Health Care Employees, AFSCME, AFL-CIO

| 4a. Address *(Street and number, city, state, and ZIP code)*<br><br>1319 Locust Street<br>Philadelphia, Pennsylvania 19107 | 4b. Tel. No.<br>(215)735-1300 |
|---|---|
| | 4c. Cell No. |
| | 4d. Fax No.<br>(215) 735-9878 |
| | 4e. e-mail<br>bmccoy@nuhhce.org |

5. Full name of national or international labor organization of which it is an affiliate or constituent unit *(to be filled in when charge is filed by a labor organization)*
National Union of Hospital and Health Care Employees, American Federation of State, County and Municipal Employees,AFL-CIO

| 6. DECLARATION<br>I declare that I have read the above charge and that the statements<br>are true to the best of my knowledge and belief.<br><br>Lance Geren, Counsel to District 1199C | Tel. No.<br>(215) 629-4970 |
|---|---|
| | Office, if any, Cell No.<br>(202) 805-6148 |
| *(signature of representative or person making charge)*          *(Print/type name and title or office, if any)* | Fax No.<br>(215) 629-4996 |
| O'Donoghue & O'Donoghue, LLP<br>Address 325 Chestnut Street, Suite 600, Philadelphia, PA 19106          Date Aug 25, 2023 | e-mail<br>lgeren@odonoghuelaw.com |

**WILLFUL FALSE STATEMENTS ON THIS CHARGE CAN BE PUNISHED BY FINE AND IMPRISONMENT (U.S. CODE, TITLE 18, SECTION 1001)**
**PRIVACY ACT STATEMENT**

Solicitation of the information on this form is authorized by the National Labor Relations Act (NLRA), 29 U.S.C. § 151 *et seq.* The principal use of the information is to
assist the National Labor Relations Board (NLRB) in processing unfair labor practice and related proceedings or litigation. The routine uses for the information are fully
set forth in the Federal Register, 71 Fed. Reg. 74942-43 (Dec. 13, 2006). The NLRB will further explain these uses upon request. Disclosure of this information to the
NLRB is voluntary; however, failure to supply the information may cause the NLRB to decline to invoke its processes.

FORM NLRB-501
(3-21)

UNITED STATES OF AMERICA
NATIONAL LABOR RELATIONS BOARD
**CHARGE AGAINST EMPLOYER**

| DO NOT WRITE IN THIS SPACE | |
|---|---|
| Case | Date Filed |
| 04-CA-328382 | 10/23/2023 |

**INSTRUCTIONS:**
File an original with NLRB Regional Director for the region in which the alleged unfair labor practice occurred or is occurring.

### 1. EMPLOYER AGAINST WHOM CHARGE IS BROUGHT

| | |
|---|---|
| a. Name of Employer<br>New Vitae Wellness & Recovery | b. Tel. No.<br>(610) 928-0176 |
| | c. Cell No. |
| | f. Fax. No.<br>(610) 967-0417 |
| d. Address *(Street, city, state, and ZIP code)*<br>5644 Walnut Street<br>Philadelphia, PA 19139 | e. Employer Representative<br>Samantha Perch, Director of Human Resources | g. e-mail<br>sperch@newvitaewellness.com |
| | | h. Number of workers employed<br>76 |
| i. Type of Establishment *(factory, mine, wholesaler, etc.)*<br>Residential treatment facility | j. Identify principal product or service<br>Residential treatment services | |

The above-named employer has engaged in and is engaging in unfair labor practices within the meaning of section 8(a), subsections (1) and

(list subsections)   8(a)(3)                                        of the National Labor Relations Act, and these unfair labor

practices are practices affecting commerce within the meaning of the Act, or these unfair labor practices are practices affecting commerce within the

meaning of the Act and the Postal Reorganization Act.

2. Basis of the Charge *(set forth a clear and concise statement of the facts constituting the alleged unfair labor practices)*
See attached

3. Full name of party filing charge *(if labor organization, give full name, including local name and number)*
District 1199C, National Union of Hospital and Health Care Employees, AFSCME, AFL-CIO

| 4a. Address *(Street and number, city, state, and ZIP code)*<br>1319 Locust Street<br>Philadelphia, PA 19107 | 4b. Tel. No.<br>(215) 735-1300 |
|---|---|
| | 4c. Cell No. |
| | 4d. Fax No. |
| | 4e. e-mail |

5. Full name of national or international labor organization of which it is an affiliate or constituent unit *(to be filled in when charge is filed by a labor organization)*
National Union of Hospital and Health Care Employees

| 6. DECLARATION<br>I declare that I have read the above charge and that the statements<br>are true to the best of my knowledge and belief. | | Tel. No.<br>(267) 255-5363 |
|---|---|---|
| Kathleen Bichner | Kathleen Bichner, Attorney | Office, if any, Cell No.<br>Same |
| *(signature of representative or person making charge)* | *(Print/type name and title or office, if any)* | Fax No. |
| Address O'Donoghue & O'Donoghue LLP, 325 Chestnut Street, Suite 600, Philadelphia, PA 19106        Date 10/20/2023 | | e-mail<br>kbichner@odonoghuelaw.com |

**WILLFUL FALSE STATEMENTS ON THIS CHARGE CAN BE PUNISHED BY FINE AND IMPRISONMENT (U.S. CODE, TITLE 18, SECTION 1001)**
**PRIVACY ACT STATEMENT**

Solicitation of the information on this form is authorized by the National Labor Relations Act (NLRA), 29 U.S.C. § 151 *et seq.* The principal use of the information is to assist the National Labor Relations Board (NLRB) in processing unfair labor practice and related proceedings or litigation. The routine uses for the information are fully set forth in the Federal Register, 71 Fed. Reg. 74942-43 (Dec. 13, 2006). The NLRB will further explain these uses upon request. Disclosure of this information to the NLRB is voluntary; however, failure to supply the information may cause the NLRB to decline to invoke its processes.

## ATTACHMENT

1.  On or about April 21, 2023, and continuing thereafter, the Employer, by and through its owners, supervisors, agents, and/or representatives, violated the Act when it solicited grievances and conducted so-called "employee retention surveys" in response to employees' Union activities and/or in order to undermine employees' support for the Union.

2.  On or about April 27, 2023, and continuing thereafter, the Employer, by and through its owners, supervisors, agents, and/or representatives, violated the Act by suspending a known and/or perceived Union supporter, Danita Alexander, in retaliation for her responses to the employee retention survey and/or her protected, concerted activities.

3.  On or about May 5 and 8, 2023, the Employer, by and through its owners, supervisors, agents, and/or representatives, violated the Act by withholding pay from a known and/or perceived Union supporter, Danita Alexander, during investigatory meetings related to her responses to the employee retention survey and/or protected, concerted activities.

4.  On or about August 21, 2023, the Employer, by and through its owners, supervisors, agents, and/or representatives, violated the Act by giving a negative performance review to a known and/or perceived Union supporter, Danita Alexander, in retaliation for her responses to the employee retention survey and/or her protected, concerted activities.

**EXHIBIT 3**

FORM NLRB-501
(3-21)
**FIRST AMENDED  CHARGE AGAINST EMPLOYER**

UNITED STATES OF AMERICA
NATIONAL LABOR RELATIONS BOARD

| DO NOT WRITE IN THIS SPACE | |
|---|---|
| Case | Date Filed |
| 04-CA-328382 | 11/8/23 |

**INSTRUCTIONS:**
File an original with NLRB Regional Director for the region in which the alleged unfair labor practice occurred or is occurring.

### 1. EMPLOYER AGAINST WHOM CHARGE IS BROUGHT

| a. Name of Employer<br>New Vitae Wellness & Recovery | | b. Tel. No.<br>(610) 928-0176 |
|---|---|---|
| | | c. Cell No. |
| | | f. Fax. No.<br>(610) 967-0417 |
| d. Address *(Street, city, state, and ZIP code)*<br>5644 Walnut Street<br>Philadelphia, PA 19139 | e. Employer Representative<br>Samantha Perch, Director of Human Resources | g. e-mail<br>sperch@newvitaewellness.com |
| | | h. Number of workers employed<br>76 |
| i. Type of Establishment *(factory, mine, wholesaler, etc.)*<br>Residential treatment facility | j. Identify principal product or service<br>Residential treatment services | |

The above-named employer has engaged in and is engaging in unfair labor practices within the meaning of section 8(a), subsections (1) and

(list subsections)  8(a)(3) (5)                                                                        of the National Labor Relations Act, and these unfair labor

practices are practices affecting commerce within the meaning of the Act, or these unfair labor practices are practices affecting commerce within the

meaning of the Act and the Postal Reorganization Act.

2. Basis of the Charge *(set forth a clear and concise statement of the facts constituting the alleged unfair labor practices)*
See attached

3. Full name of party filing charge *(if labor organization, give full name, including local name and number)*
District 1199C, National Union of Hospital and Health Care Employees, AFSCME, AFL-CIO

| 4a. Address *(Street and number, city, state, and ZIP code)*<br>1319 Locust Street<br>Philadelphia, PA 19107 | 4b. Tel. No.<br>(215) 735-1300 |
|---|---|
| | 4c. Cell No. |
| | 4d. Fax No. |
| | 4e. e-mail |

5. Full name of national or international labor organization of which it is an affiliate or constituent unit *(to be filled in when charge is filed by a labor organization)*
National Union of Hospital and Health Care Employees

| 6. DECLARATION<br>I declare that I have read the above charge and that the statements<br>are true to the best of my knowledge and belief. | | Tel. No.<br>(267) 255-5363 |
|---|---|---|
| Kathleen Bichner | Kathleen Bichner, Attorney | Office, if any, Cell No.<br>Same |
| *(signature of representative or person making charge)* | *(Print/type name and title or office, if any)* | Fax No. |
| O'Donoghue & O'Donoghue LLP, 325 Chestnut Street,<br>Address  Suite 600, Philadelphia, PA 19106                    Date 11/7/2023 | | e-mail<br>kbichner@odonoghuelaw.com |

**WILLFUL FALSE STATEMENTS ON THIS CHARGE CAN BE PUNISHED BY FINE AND IMPRISONMENT (U.S. CODE, TITLE 18, SECTION 1001)**
**PRIVACY ACT STATEMENT**

Solicitation of the information on this form is authorized by the National Labor Relations Act (NLRA), 29 U.S.C. § 151 *et seq.* The principal use of the information is to
assist the National Labor Relations Board (NLRB) in processing unfair labor practice and related proceedings or litigation. The routine uses for the information are fully
set forth in the Federal Register, 71 Fed. Reg. 74942-43 (Dec. 13, 2006). The NLRB will further explain these uses upon request. Disclosure of this information to
NLRB is voluntary; however, failure to supply the information may cause the NLRB to decline to invoke its processes

## ATTACHMENT

1.  On or about April 21, 2023, and continuing thereafter, the Employer, by and through its owners, supervisors, agents, and/or representatives, violated the Act when it solicited grievances and conducted so-called "employee retention surveys" in response to employees' Union activities and/or in order to undermine employees' support for the Union.

2.  On or about April 27, 2023, and continuing thereafter, the Employer, by and through its owners, supervisors, agents, and/or representatives, violated the Act by suspending a known and/or perceived Union supporter, Danita Alexander, in retaliation for her responses to the employee retention survey and/or her protected, concerted activities.

3.  On or about May 5 and 8, 2023, the Employer, by and through its owners, supervisors, agents, and/or representatives, violated the Act by withholding pay from a known and/or perceived Union supporter, Danita Alexander, during investigatory meetings related to her responses to the employee retention survey and/or protected, concerted activities.

4.  On or about August 21, 2023, the Employer, by and through its owners, supervisors, agents, and/or representatives, violated the Act by giving a negative performance review to a known and/or perceived Union supporter, Danita Alexander, in retaliation for her responses to the employee retention survey and/or her protected, concerted activities.

5.  On or about May 16, 2023, the Employer, by and through its owners, supervisors, agents, and/or representatives, violated the Act by directing a known and/or perceived Union supporter, Danita Alexander, not to discuss shared workplace concerns with her co-worker and threatening her with discipline if she did discuss such concerns.

6.  On or about May 21, 2023 and continuing thereafter, the Employer, by and through its owners, supervisors, agents, and/or representatives, violated the Act by failing and/or refusing to provide information to the Union relevant to and/or concerning a potential grievance.

**EXHIBIT 4**

Form NLRB - 501 (3-21)

| UNITED STATES OF AMERICA | DO NOT WRITE IN THIS SPACE | |
|---|---|---|
| NATIONAL LABOR RELATIONS BOARD | Case | Date Filed |
| **SECOND AMENDED CHARGE AGAINST EMPLOYER** | | |
| **INSTRUCTIONS:** | 04-CA-328382 | 11/04/2024 |

File an original with NLRB Regional Director for the region in which the alleged unfair labor practice occurred or is occurring.

1. EMPLOYER AGAINST WHOM CHARGE IS BROUGHT

| a. Name of Employer<br>New Vitae Wellness and Recovery | | b. Tel. No.<br>(610) 928-0176 |
|---|---|---|
| | | c. Cell No. |
| d. Address (*Street, city, state, and ZIP code*)<br><br>5644 Walnut Street<br>Philadelphia, PA  19139 | e. Employer Representative<br><br>Maribel Poretta, Director of Human Resources | f. Fax No. |
| | | g. e-mail<br>mporetta@newvitaewellness.com |
| | | h. Number of Workers Employed<br><br>About  76 |
| i. Type of Establishment (*factory, mine, wholesaler, etc.*)<br>Residential treatment facility | j. Identify Principal Product or Service<br><br>Residential treatment services | |

l. The above-named employer has engaged in and is engaging in unfair labor practices within the meaning of section 8(a), subsections (1) and (3) and (5)  of the National Labor Relations Act, and these unfair labor practices are practices affecting commerce within the meaning of the Act, or these unfair labor practices are practices affecting commerce within the meaning of the Act and the Postal Reorganization Act.

2. Basis of the Charge (*set forth a clear and concise statement of the facts constituting the alleged unfair labor practices*)

SEE ATTACHED.

3. Full name of party filing charge (*if labor organization, give full name, including local name and number*)

District 1199C, National Union of Hospital and Health Care Employees, AFSCME, AFL-CIO

| 4a. Address (*Street and number, city, state, and ZIP code*)<br><br>1319 Locust Street<br>Philadelphia, PA 19107 | 4b. Tel. No.<br>(215) 735-1300 |
|---|---|
| | 4c. Cell No. |
| | 4d. Fax No. |
| | 4e. e-mail |

5. Full name of national or international labor organization of which it is an affiliate or constituent unit (*to be filled in when charge is filed by a labor organization*)

National Unio of Hospital and Health Care Employees

| 6. DECLARATION<br>I declare that I have read the above charge and that the statements are true to the best of my knowledge and belief. | Tel. No.<br>(267) 255-5363 |
|---|---|
| | Office, if any, Cell No.<br>same |
| Kathleen Bichner, Esq. | Fax No. |
| (*signature of representative or person making charge*) | (*Print/type name and title or office, if any*) | |
| Address:    O'Donoghue & O'Donoghue LLP<br>325 Chestnut Street, Suite 600,<br>Philadelphia, PA  19106 | Date:<br><br>11/4/2024 | e-mail<br>kbichner@odonoghuelaw.com |

WILLFUL FALSE STATEMENTS ON THIS CHARGE CAN BE PUNISHED BY FINE AND IMPRISONMENT (U.S. CODE, TITLE 18, SECTION 1001)

PRIVACY ACT STATEMENT
Solicitation of the information on this form is authorized by the National Labor Relations Act (NLRA), 29 U.S.C. § 151 *et seq.* The principal use of the information is to assist the National Labor Relations Board (NLRB) in processing unfair labor practice and related proceedings or litigation. The routine uses for the information are fully set forth in the Federal Register, 71 Fed. Reg. 74942-43 (Dec. 13, 2006). The NLRB will further explain these uses upon request. Disclosure of this information to the NLRB is voluntary; however, failure to supply the information will cause the NLRB to decline to invoke its processes.

Attachment to Case No. 04-CA-328382

1) On or about April 27, 2023, and continuing thereafter, the Employer, by and through its owners, supervisors, agents, and/or representatives, violated the Act by suspending a known and/or perceived Union supporter, Danita Alexander, in retaliation for her responses to the employee retention survey and/or protected concerted activities;

2) On or about May 5 and 8, 2023, the Employer, by and through its owners, supervisors, agents, and/or representatives, violated the Act by withholding pay from a known and/or perceived Union supporter, Danita Alexander, during an investigatory meeting related to her responses to the employee retention survey and/or protected concerted activities;

3) On or about August 21, 2023, the Employer, by and through its owners, supervisors, agents, and/or representatives, violated the Act by giving a negative performance review to a known and/or perceived Union supporter, Danita Alexander, in retaliation for her responses to the employee retention survey and/or protected concerted activities;

4) On or about May 16, 2023, Employer, by and through its owners, supervisors, agents, and/or representatives, violated the Act by directing a known and/or perceived Union supporter, Danita Alexander, not to discuss shared workplace concerns with her co-worker and threatening her with discipline if she did discuss such concerns;

5) On or about May 21, 2023 and continuing thereafter, the Employer, by and through its owners, supervisors, agents, and/or representatives, violated the Act by failing and/or refusing to provide information to the Union relevant to and/or concerning a potential grievance.

FORM NLRB-501
(3-21)

UNITED STATES OF AMERICA
NATIONAL LABOR RELATIONS BOARD
**CHARGE AGAINST EMPLOYER**

| DO NOT WRITE IN THIS SPACE | |
|---|---|
| Case | Date Filed |
| 04-CA-328762 | 10/27/2023 |

**INSTRUCTIONS:**
File an original with NLRB Regional Director for the region in which the alleged unfair labor practice occurred or is occurring.

1. EMPLOYER AGAINST WHOM CHARGE IS BROUGHT

| a. Name of Employer<br>New Vitae Wellness & Recovery | | b. Tel. No.<br>(610) 928-0176 |
|---|---|---|
| | | c. Cell No. |
| | | f. Fax. No.<br>(610) 967-0417 |
| d. Address *(Street, city, state, and ZIP code)*<br>5644 Walnut Street<br>Philadelphia, PA 19139 | e. Employer Representative<br>Samantha Perch, Director of Human Resources | g. e-mail<br>sperch@newvitaewellness.com |
| | | h. Number of workers employed<br>76 |
| i. Type of Establishment *(factory, mine, wholesaler, etc.)*<br>Residential treatment facility | j. Identify principal product or service<br>Residential treatment services | |

The above-named employer has engaged in and is engaging in unfair labor practices within the meaning of section 8(a), subsections (1) and

(list subsections)   8(a)(3) and (4)                                            of the National Labor Relations Act, and these unfair labor

practices are practices affecting commerce within the meaning of the Act, or these unfair labor practices are practices affecting commerce within the

meaning of the Act and the Postal Reorganization Act.

2. Basis of the Charge *(set forth a clear and concise statement of the facts constituting the alleged unfair labor practices)*
On or about October 25, 2023, the Employer, by and through its agents, officers, and representatives, violated the Act when it terminated employee, Danita Alexander, because of her Union support, protected activities, and/or her participation in the charges filed in Board Case No. 04-CA-328382.

3. Full name of party filing charge *(if labor organization, give full name, including local name and number)*
District 1199C, National Union of Hospital and Health Care Employees, AFSCME, AFL-CIO

| 4a. Address *(Street and number, city, state, and ZIP code)*<br>1319 Locust Street<br>Philadelphia, PA 19107 | 4b. Tel. No.<br>(215) 735-1300 |
|---|---|
| | 4c. Cell No. |
| | 4d. Fax No. |
| | 4e. e-mail |

5. Full name of national or international labor organization of which it is an affiliate or constituent unit *(to be filled in when charge is filed by a labor organization)*
National Union of Hospital and Health Care Employees

| 6. DECLARATION<br>I declare that I have read the above charge and that the statements<br>are true to the best of my knowledge and belief. | | Tel. No.<br>(267) 255-5363 |
|---|---|---|
| Kathleen Bichner | Kathleen Bichner, Attorney | Office, if any, Cell No.<br>Same |
| *(signature of representative or person making charge)* | *(Print/type name and title or office, if any)* | Fax No. |
| Address O'Donoghue & O'Donoghue LLP, 325 Chestnut Street, Suite 600, Philadelphia, PA 19106 | Date 10/27/2023 | e-mail<br>kbichner@odonoghuelaw.com |

**WILLFUL FALSE STATEMENTS ON THIS CHARGE CAN BE PUNISHED BY FINE AND IMPRISONMENT (U.S. CODE, TITLE 18, SECTION 1001)**
**PRIVACY ACT STATEMENT**

Solicitation of the information on this form is authorized by the National Labor Relations Act (NLRA), 29 U.S.C. § 151 *et seq.* The principal use of the information is to assist the National Labor Relations Board (NLRB) in processing unfair labor practice and related proceedings or litigation. The routine uses for the information are fully set forth in the Federal Register, 71 Fed. Reg. 74942-43 (Dec. 13, 2006). The NLRB will further explain these uses upon request. Disclosure of this information to the NLRB is voluntary; however, failure to supply the information may cause the NLRB to decline to invoke its processes.

FORM NLRB-501
(3-21)

**AMENDED**

UNITED STATES OF AMERICA
NATIONAL LABOR RELATIONS BOARD
**CHARGE AGAINST EMPLOYER**

| DO NOT WRITE IN THIS SPACE | |
|---|---|
| Case<br>04-CA-328762 | Date Filed<br>**12/04/2023** |

**INSTRUCTIONS:**
File an original with NLRB Regional Director for the region in which the alleged unfair labor practice occurred or is occurring.

**1. EMPLOYER AGAINST WHOM CHARGE IS BROUGHT**

| a. Name of Employer<br>New Vitae Wellness & Recovery | | b. Tel. No.<br>(610) 928-0176 |
|---|---|---|
| | | c. Cell No. |
| | | f. Fax. No.<br>(610) 967-0417 |
| d. Address *(Street, city, state, and ZIP code)*<br>5644 Walnut Street<br>Philadelphia, PA 19139 | e. Employer Representative<br>Samantha Perch, Director of Human Resources | g. e-mail<br>sperch@newvitaewellness.com |
| | | h. Number of workers employed<br>76 |
| i. Type of Establishment *(factory, mine, wholesaler, etc.)*<br>Residential treatment facility | j. Identify principal product or service<br>Residential treatment services | |

The above-named employer has engaged in and is engaging in unfair labor practices within the meaning of section 8(a), subsections (1) and

(list subsections)  8(a)(3), (4) and (5)                                          of the National Labor Relations Act, and these unfair labor

practices are practices affecting commerce within the meaning of the Act, or these unfair labor practices are practices affecting commerce within the

meaning of the Act and the Postal Reorganization Act.

2. Basis of the Charge *(set forth a clear and concise statement of the facts constituting the alleged unfair labor practices)*
On or about October 25, 2023, the Employer, by and through its agents, officers, and representatives, violated the Act when it terminated
employee, Danita Alexander, because of her Union support, protected activities, and/or her participation in the charges filed in Board
Case No. 04-CA-328382.

On or about October 25, 2023, the Employer, by and through its agents, officers, and representatives, violated the Act when it failed to
bargain with the Union over the termination of Danita Alexander.

3. Full name of party filing charge *(if labor organization, give full name, including local name and number)*
District 1199C, National Union of Hospital and Health Care Employees, AFSCME, AFL-CIO

| 4a. Address *(Street and number, city, state, and ZIP code)*<br>1319 Locust Street<br>Philadelphia, PA 19107 | 4b. Tel. No.<br>(215) 735-1300 |
|---|---|
| | 4c. Cell No. |
| | 4d. Fax No. |
| | 4e. e-mail |

5. Full name of national or international labor organization of which it is an affiliate or constituent unit *(to be filled in when charge is filed by a labor organization)*
National Union of Hospital and Health Care Employees

| 6. DECLARATION<br>I declare that I have read the above charge and that the statements<br>are true to the best of my knowledge and belief. | | Tel. No.<br>(267) 255-5363 |
|---|---|---|
| Kathleen Bichner | Kathleen Bichner, Attorney | Office, if any, Cell No.<br>Same |
| *(signature of representative or person making charge)* | *(Print/type name and title or office, if any)* | Fax No. |
| O'Donoghue & O'Donoghue LLP, 325 Chestnut Street,<br>Address Suite 600, Philadelphia, PA 19106                Date 11/30/2023 | | e-mail<br>kbichner@odonoghuelaw.com |

**WILLFUL FALSE STATEMENTS ON THIS CHARGE CAN BE PUNISHED BY FINE AND IMPRISONMENT (U.S. CODE, TITLE 18, SECTION 1001)**
PRIVACY ACT STATEMENT

Solicitation of the information on this form is authorized by the National Labor Relations Act (NLRA), 29 U.S.C. § 151 *et seq.* The principal use of the information is to
assist the National Labor Relations Board (NLRB) in processing unfair labor practice and related proceedings or litigation. The routine uses for the information are fully
set forth in the Federal Register, 71 Fed. Reg. 74942-43 (Dec. 13, 2006). The NLRB will further explain these uses upon request. Disclosure of this information to the
NLRB is voluntary; however, failure to supply the information may cause the NLRB to decline to invoke its processes.

**EXHIBIT 7**

FORM NLRB-501
(3-21)

UNITED STATES OF AMERICA
NATIONAL LABOR RELATIONS BOARD

**SECOND AMENDED**  **CHARGE AGAINST EMPLOYER**

| DO NOT WRITE IN THIS SPACE | |
|---|---|
| Case 04-CA-328762 | Date Filed 12/13/2023 |

**INSTRUCTIONS:**
File an original with NLRB Regional Director for the region in which the alleged unfair labor practice occurred or is occurring.

### 1. EMPLOYER AGAINST WHOM CHARGE IS BROUGHT

| a. Name of Employer New Vitae Wellness & Recovery | | b. Tel. No. (610) 928-0176 |
|---|---|---|
| | | c. Cell No. |
| | | f. Fax. No. (610) 967-0417 |
| d. Address *(Street, city, state, and ZIP code)* 5644 Walnut Street Philadelphia, PA 19139 | e. Employer Representative Samantha Perch, Director of Human Resources | g. e-mail sperch@newvitaewellness.com |
| | | h. Number of workers employed 76 |
| i. Type of Establishment *(factory, mine, wholesaler, etc.)* Residential treatment facility | j. Identify principal product or service Residential treatment services | |

The above-named employer has engaged in and is engaging in unfair labor practices within the meaning of section 8(a), subsections (1) and

(list subsections) 8(a)(3), (4) and( 5)       of the National Labor Relations Act, and these unfair labor

practices are practices affecting commerce within the meaning of the Act, or these unfair labor practices are practices affecting commerce within the

meaning of the Act and the Postal Reorganization Act.

2. Basis of the Charge *(set forth a clear and concise statement of the facts constituting the alleged unfair labor practices)*
Since around June 2023, the Employer, by and through its agents, officers and representatives, violated the Act when it reduced the number of shifts worked by employee Danita Alexander because of her union and/or protected concerted activities.

On or about October 25, 2023, the Employer, by and through its agents, officers and representatives, violated the Act when it terminated employee Danita Alexander because of her union and/or protected concerted activities, and/or participation in the Labor Board charge filed in Case No. 04-CA-328382.

Since June 2023, the Employer, by and through its agents, officers and representatives, violated the Act when it failed to bargain with the Union over disciplinary actions and changes in terms and conditions of employment against employee Danita Alexander, including her reduction of shifts, suspension and termination.

3. Full name of party filing charge *(if labor organization, give full name, including local name and number)*
District 1199C, National Union of Hospital and Health Care Employees, AFSCME, AFL-CIO

| 4a. Address *(Street and number, city, state, and ZIP code)* 1319 Locust Street Philadelphia, PA 19107 | 4b. Tel. No. (215) 735-1300 |
|---|---|
| | 4c. Cell No. |
| | 4d. Fax No. |
| | 4e. e-mail |

5. Full name of national or international labor organization of which it is an affiliate or constituent unit *(to be filled in when charge is filed by a labor organization)*
National Union of Hospital and Health Care Employees

| 6. DECLARATION I declare that I have read the above charge and that the statements are true to the best of my knowledge and belief. | | Tel. No. (267) 255-5363 |
|---|---|---|
| Kathleen Bichner *(signature of representative or person making charge)* | Kathleen Bichner, Attorney *(Print/type name and title or office, if any)* | Office, if any, Cell No. Same |
| | | Fax No. |
| Address O'Donoghue & O'Donoghue LLP, 325 Chestnut Street, Suite 600, Philadelphia, PA 19106        Date 12/13/2023 | | e-mail kbichner@odonoghuelaw.com |

**WILLFUL FALSE STATEMENTS ON THIS CHARGE CAN BE PUNISHED BY FINE AND IMPRISONMENT (U.S. CODE, TITLE 18, SECTION 1001)**
**PRIVACY ACT STATEMENT**

Solicitation of the information on this form is authorized by the National Labor Relations Act (NLRA), 29 U.S.C. § 151 *et seq.* The principal use of the information is to assist the National Labor Relations Board (NLRB) in processing unfair labor practice and related proceedings or litigation. The routine uses for the information are fully set forth in the Federal Register, 71 Fed. Reg. 74942-43 (Dec. 13, 2006). The NLRB will further explain these uses upon request. Disclosure of this information to the NLRB is voluntary; however, failure to supply the information may cause the NLRB to decline to invoke its processes.

# EXHIBIT 8

Form NLRB - 501 (3-21)

UNITED STATES OF AMERICA
NATIONAL LABOR RELATIONS BOARD
**THIRD AMENDED CHARGE AGAINST EMPLOYER**
**INSTRUCTIONS:**

| DO NOT WRITE IN THIS SPACE | |
|---|---|
| Case | Date Filed |
| 04-CA-328762 | 11/04/2024 |

File an original with NLRB Regional Director for the region in which the alleged unfair labor practice occurred or is occurring.

## 1. EMPLOYER AGAINST WHOM CHARGE IS BROUGHT

| a. Name of Employer | | b. Tel. No. |
|---|---|---|
| New Vitae Wellness and Recovery | | (610) 928-0176 |
| | | c. Cell No. |

| d. Address (Street, city, state, and ZIP code) | e. Employer Representative | f. Fax No. |
|---|---|---|
| 5644 Walnut Street Philadelphia, PA 19139 | Maribel Poretta, Director of Human Resources | g. e-mail mporetta@newvitaewellness.com |
| | | h. Number of Workers Employed About 76 |

| i. Type of Establishment (factory, mine, wholesaler, etc.) Residential treatment facility | j. Identify Principal Product or Service Residential treatment services |
|---|---|

l. The above-named employer has engaged in and is engaging in unfair labor practices within the meaning of section 8(a), subsections (1) and (3) and (5) of the National Labor Relations Act, and these unfair labor practices are practices affecting commerce within the meaning of the Act, or these unfair labor practices are practices affecting commerce within the meaning of the Act and the Postal Reorganization Act.

2. Basis of the Charge (set forth a clear and concise statement of the facts constituting the alleged unfair labor practices)

Since around June 2023, the Employer, by and through its agents, officers and representatives, violated the Act when it reduced the number of shifts worked by employee Danita Alexander because of her union and/or protected concerted activities.

On or about October 25, 2023, the Employer, by and through its agents, officers and representatives, violated the Act when it terminated employee Danita Alexandre because of her union and/or protected concerted activities.

Since June 2023, the Employer, by and through its agents, officers, and representatives, violated the Act when it failed to bargain with the Union over disciplinary actions and changes in terms and conditions of employment against Danita Alexander, including her reduction in shifts, suspension and termination.

| 3. Full name of party filing charge (if labor organization, give full name, including local name and number) |
|---|
| District 1199C, National Union of Hospital and Health Care Employees, AFSCME, AFL-CIO |

| 4a. Address (Street and number, city, state, and ZIP code) | 4b. Tel. No. (215) 735-1300 |
|---|---|
| 1319 Locust Street Philadelphia, PA 19107 | 4c. Cell No. |
| | 4d. Fax No. |
| | 4e. e-mail |

5. Full name of national or international labor organization of which it is an affiliate or constituent unit (to be filled in when charge is filed by a labor organization)
National Unio of Hospital and Health Care Employees

| 6. DECLARATION I declare that I have read the above charge and that the statements are true to the best of my knowledge and belief. | | Tel. No. (267) 255-5363 |
|---|---|---|
| *(signature of representative or person making charge)* | Kathleen Bichner, Esq. *(Print/type name and title or office, if any)* | Office, if any, Cell No. same |
| | | Fax No. |
| Address: O'Donoghue & O'Donoghue LLP 325 Chestnut Street, Suite 600, Philadelphia, PA 19106 | Date: 11/4/2024 | e-mail kbichner@odonoghuelaw.com |

**WILLFUL FALSE STATEMENTS ON THIS CHARGE CAN BE PUNISHED BY FINE AND IMPRISONMENT (U.S. CODE, TITLE 18, SECTION 1001)**
**PRIVACY ACT STATEMENT**
Solicitation of the information on this form is authorized by the National Labor Relations Act (NLRA), 29 U.S.C. § 151 *et seq.* The principal use of the information is to assist the National Labor Relations Board (NLRB) in processing unfair labor practice and related proceedings or litigation. The routine uses for the information are fully set forth in the Federal Register, 71 Fed. Reg. 74942-43 (Dec. 13, 2006). The NLRB will further explain these uses upon request. Disclosure of this information to the NLRB is voluntary; however, failure to supply the information will cause the NLRB to decline to invoke its processes.

**EXHIBIT 9**

FORM NLRB-501
(3-21)

UNITED STATES OF AMERICA
NATIONAL LABOR RELATIONS BOARD
**CHARGE AGAINST EMPLOYER**

| DO NOT WRITE IN THIS SPACE | |
|---|---|
| Case | Date Filed |
| 04-CA-347986 | 08/09/2024 |

**INSTRUCTIONS:**
File an original with NLRB Regional Director for the region in which the alleged unfair labor practice occurred or is occurring.

| 1. EMPLOYER AGAINST WHOM CHARGE IS BROUGHT | |
|---|---|

| a. Name of Employer<br>New Vitae Wellness & Recovery | | b. Tel. No.<br>(610) 928-0176 |
|---|---|---|
| | | c. Cell No. |
| | | f. Fax. No.<br>(610) 967-0417 |
| d. Address *(Street, city, state, and ZIP code)*<br>5644 Walnut Street<br>Philadelphia, PA 19139 | e. Employer Representative<br>Samantha Perch, Director of Human Resources | g. e-mail<br>sperch@newvitaewellness.com |
| | | h. Number of workers employed<br>76 |
| i. Type of Establishment *(factory, mine, wholesaler, etc.)*<br>Residential treatment facility | j. Identify principal product or service<br>Residential treatment services | |

The above-named employer has engaged in and is engaging in unfair labor practices within the meaning of section 8(a), subsections (1) and (list subsections) **8(a)(5)** of the National Labor Relations Act, and these unfair labor practices are practices affecting commerce within the meaning of the Act, or these unfair labor practices are practices affecting commerce within the meaning of the Act and the Postal Reorganization Act.

2. Basis of the Charge *(set forth a clear and concise statement of the facts constituting the alleged unfair labor practices)*

Since on or about June 27, 2024, the Employer, by and through its agents, officers, and representatives, violated the Act by: (1) failing and/or refusing to bargain with the Union; and (2) failing and/or refusing to provide information requested by the Union.

3. Full name of party filing charge *(if labor organization, give full name, including local name and number)*
District 1199C, National Union of Hospital and Health Care Employees, AFSCME, AFL-CIO

| 4a. Address *(Street and number, city, state, and ZIP code)*<br>1319 Locust Street<br>Philadelphia, PA 19107 | 4b. Tel. No.<br>(215) 735-1300 |
|---|---|
| | 4c. Cell No. |
| | 4d. Fax No. |
| | 4e. e-mail |

5. Full name of national or international labor organization of which it is an affiliate or constituent unit *(to be filled in when charge is filed by a labor organization)*
National Union of Hospital and Health Care Employees

| 6. DECLARATION<br>I declare that I have read the above charge and that the statements<br>are true to the best of my knowledge and belief. | Tel. No.<br>(267) 255-5363 |
|---|---|
| *(signature of representative or person making charge)*    Kathleen Bichner, Attorney<br>*(Print/type name and title or office, if any)* | Office, if any, Cell No.<br>Same |
| O'Donoghue & O'Donoghue LLP, 325 Chestnut Street,<br>Address Suite 600, Philadelphia, PA 19106    Date 8/9/2023 | Fax No. |
| | e-mail<br>kbichner@odonoghuelaw.com |

**WILLFUL FALSE STATEMENTS ON THIS CHARGE CAN BE PUNISHED BY FINE AND IMPRISONMENT (U.S. CODE, TITLE 18, SECTION 1001)**
**PRIVACY ACT STATEMENT**

Solicitation of the information on this form is authorized by the National Labor Relations Act (NLRA), 29 U.S.C. § 151 *et seq.* The principal use of the information is to assist the National Labor Relations Board (NLRB) in processing unfair labor practice and related proceedings or litigation. The routine uses for the information are fully set forth in the Federal Register, 71 Fed. Reg. 74942-43 (Dec. 13, 2006). The NLRB will further explain these uses upon request. Disclosure of this information to the NLRB is voluntary; however, failure to supply the information may cause the NLRB to decline to invoke its processes.

**EXHIBIT 10**

FORM NLRB-501
(3-21)

**FIRST AMENDED**

UNITED STATES OF AMERICA
NATIONAL LABOR RELATIONS BOARD
**CHARGE AGAINST EMPLOYER**

| DO NOT WRITE IN THIS SPACE | |
|---|---|
| Case | Date Filed |
| 04-CA-347986 | 08/26/24 |

**INSTRUCTIONS:**
File an original with NLRB Regional Director for the region in which the alleged unfair labor practice occurred or is occurring.

| 1. EMPLOYER AGAINST WHOM CHARGE IS BROUGHT | | |
|---|---|---|
| a. Name of Employer<br>New Vitae Wellness & Recovery | | b. Tel. No.<br>(610) 928-0176 |
| | | c. Cell No. |
| | | f. Fax. No.<br>(610) 967-0417 |
| d. Address *(Street, city, state, and ZIP code)*<br>5644 Walnut Street<br>Philadelphia, PA 19139 | e. Employer Representative<br>Maribel Poretta, Director of Human Resources | g. e-mail<br>mporetta@newvitaewellness.com |
| | | h. Number of workers employed<br>76 |
| i. Type of Establishment *(factory, mine, wholesaler, etc.)*<br>Residential treatment facility | j. Identify principal product or service<br>Residential treatment services | |

The above-named employer has engaged in and is engaging in unfair labor practices within the meaning of section 8(a), subsections (1) and

(list subsections)  8(a)(3) and 8(a)(5)                                              of the National Labor Relations Act, and these unfair labor

practices are practices affecting commerce within the meaning of the Act, or these unfair labor practices are practices affecting commerce within the

meaning of the Act and the Postal Reorganization Act.

2. Basis of the Charge *(set forth a clear and concise statement of the facts constituting the alleged unfair labor practices)*

Since on or about June 27, 2024, the Employer, by and through its agents, officers, and representatives, violated the Act by: (1) failing and/or refusing to bargain with the Union; and (2) failing and/or refusing to provide information requested by the Union.

Within the last six months and continuing thereafter, the Employer, by and through its agents, officers, and representatives, violated the Act by failing to notify and/or bargain with the Union before making unilateral changes to employees' wages and/or bonuses and the process for issuing the same in order to discourage employees support for the Union and/or Union activities.

| 3. Full name of party filing charge *(if labor organization, give full name, including local name and number)* |
|---|
| District 1199C, National Union of Hospital and Health Care Employees, AFSCME, AFL-CIO |

| 4a. Address *(Street and number, city, state, and ZIP code)*<br>1319 Locust Street<br>Philadelphia, PA 19107 | 4b. Tel. No.<br>(215) 735-1300 |
|---|---|
| | 4c. Cell No. |
| | 4d. Fax No. |
| | 4e. e-mail |

| 5. Full name of national or international labor organization of which it is an affiliate or constituent unit *(to be filled in when charge is filed by a labor organization)* |
|---|
| National Union of Hospital and Health Care Employees |

| 6. DECLARATION<br>I declare that I have read the above charge and that the statements<br>are true to the best of my knowledge and belief. | Tel. No.<br>(267) 255-5363 |
|---|---|
| *(signature of representative or person making charge)*     Kathleen Bichner, Attorney<br>                                                   *(Print/type name and title or office, if any)* | Office, if any, Cell No.<br>Same |
| | Fax No. |
| Address  O'Donoghue & O'Donoghue LLP, 325 Chestnut Street,<br>Suite 600, Philadelphia, PA 19106          Date 8/26/2023 | e-mail<br>kbichner@odonoghuelaw.com |

**WILLFUL FALSE STATEMENTS ON THIS CHARGE CAN BE PUNISHED BY FINE AND IMPRISONMENT (U.S. CODE, TITLE 18, SECTION 1001)**

PRIVACY ACT STATEMENT
Solicitation of the information on this form is authorized by the National Labor Relations Act (NLRA), 29 U.S.C. § 151 *et seq.* The principal use of the information is to assist the National Labor Relations Board (NLRB) in processing unfair labor practice and related proceedings or litigation. The routine uses for the information are fully set forth in the Federal Register, 71 Fed. Reg. 74942-43 (Dec. 13, 2006). The NLRB will further explain these uses upon request. Disclosure of this information to the NLRB is voluntary; however, failure to supply the information may cause the NLRB to decline to invoke its processes.

**EXHIBIT 11**

Form NLRB - 501 (3-21)

| | DO NOT WRITE IN THIS SPACE | |
|---|---|---|
| UNITED STATES OF AMERICA | Case | Date Filed |
| NATIONAL LABOR RELATIONS BOARD | | **03/17/25** |

**SECOND AMENDED CHARGE AGAINST EMPLOYER**

INSTRUCTIONS:

Case: 04-CA-347986

File an original with NLRB Regional Director for the region in which the alleged unfair labor practice occurred or is occurring.

## 1. EMPLOYER AGAINST WHOM CHARGE IS BROUGHT

| a. Name of Employer | | b. Tel. No. |
|---|---|---|
| New Vitae Wellness and Recovery | | (610) 928-0176 |
| | | c. Cell No. |

| d. Address (*Street, city, state, and ZIP code*) | e. Employer Representative | f. Fax No. |
|---|---|---|
| 5644 Walnut Street | Maribel Poretta, Director of Human Resources | (610) 967-0417 |
| Philadelphia, PA  19139 | | g. e-mail |
| | | mporetta@newvitaewellness.com |
| | | h. Number of Workers Employed |
| | | About  76 |

| i. Type of Establishment (*factory, mine, wholesaler, etc.*) | j. Identify Principal Product or Service |
|---|---|
| Residential treatment facility | Residential treatment services |

I. The above-named employer has engaged in and is engaging in unfair labor practices within the meaning of section 8(a), subsections $(1)$ and $(5)$ of the National Labor Relations Act, and these unfair labor practices are practices affecting commerce within the meaning of the Act, or these unfair labor practices are practices affecting commerce within the meaning of the Act and the Postal Reorganization Act.

2. Basis of the Charge (*set forth a clear and concise statement of the facts constituting the alleged unfair labor practices*)

Since on or about June 27, 2024, the Employer, by and through its agents, officers, and representatives, violated the Act: 1) failing and refusing to bargain with the Union; and 2) failing and/or refusing to provide information requested by the Union.

Since around February 2024, the Employer, by and through its agents, officers, and representatives, violated the Act by failing to notify and/or bargain with the Union before making unilateral changes to employees' wages and/or bonus.

| 3. Full name of party filing charge (*if labor organization, give full name, including local name and number*) |
|---|
| District 1199C, National Union of Hospital and Health Care Employees, AFSCME, AFL-CIO |

| 4a. Address (*Street and number, city, state, and ZIP code*) | 4b. Tel. No. |
|---|---|
| 1319 Locust Street | (215) 735-1300 |
| Philadelphia, PA 19107 | 4c. Cell No. |
| | 4d. Fax No. |
| | 4e. e-mail |

5. Full name of national or international labor organization of which it is an affiliate or constituent unit (*to be filled in when charge is filed by a labor organization*)

National Union of Hospital and Health Care Employees, AFSCME, AFL-CIO

| 6. DECLARATION | Tel. No. |
|---|---|
| I declare that I have read the above charge and that the statements are true to the best of my knowledge and belief. | (267) 777-9315 |
| *Lance Geren* | Office, if any, Cell No. |
| | (202) 805-6148 |
| (*signature of representative or person making charge*)    Lance Geren, Esq. (*Print/type name and title or office, if any*) | Fax No. |
| Address:    O'Donoghue & O'Donoghue LLP    Date:  March 17, 2025 | e-mail |
| 325 Chestnut Street, Suite 600, | lgeren@odonoghuelaw.com |
| Philadelphia, PA  19106 | |

**WILLFUL FALSE STATEMENTS ON THIS CHARGE CAN BE PUNISHED BY FINE AND IMPRISONMENT (U.S. CODE, TITLE 18, SECTION 1001)**

PRIVACY ACT STATEMENT

Solicitation of the information on this form is authorized by the National Labor Relations Act (NLRA), 29 U.S.C. § 151 *et seq*. The principal use of the information is to assist the National Labor Relations Board (NLRB) in processing unfair labor practice and related proceedings or litigation. The routine uses for the information are fully set forth in the Federal Register, 71 Fed. Reg. 74942-43 (Dec. 13, 2006). The NLRB will further explain these uses upon request. Disclosure of this information to the NLRB is voluntary; however, failure to supply the information will cause the NLRB to decline to invoke its processes.

**EXHIBIT 12**

FORM NLRB-501
(3-21)

UNITED STATES OF AMERICA
NATIONAL LABOR RELATIONS BOARD
**CHARGE AGAINST EMPLOYER**

| DO NOT WRITE IN THIS SPACE | |
|---|---|
| Case | Date Filed |
| 04-CA-354024 | 11/04/2024 |

**INSTRUCTIONS:**
File an original with NLRB Regional Director for the region in which the alleged unfair labor practice occurred or is occurring.

| 1. EMPLOYER AGAINST WHOM CHARGE IS BROUGHT | | |
|---|---|---|
| a. Name of Employer<br>New Vitae Wellness & Recovery | | b. Tel. No.<br>(610) 928-0176 |
| | | c. Cell No. |
| | | f. Fax. No.<br>(610) 967-0417 |
| d. Address *(Street, city, state, and ZIP code)*<br>5644 Walnut Street<br>Philadelphia, PA 19139 | e. Employer Representative<br>Maribel Poretta, Director of Human Resources | g. e-mail<br>sperch@newvitaewellness.com |
| | | h. Number of workers employed<br>76 |
| i. Type of Establishment *(factory, mine, wholesaler, etc.)*<br>Residential treatment facility | j. Identify principal product or service<br>Residential treatment services | |

The above-named employer has engaged in and is engaging in unfair labor practices within the meaning of section 8(a), subsections (1) and

(list subsections)   8(a)(3) and (5)                                        of the National Labor Relations Act, and these unfair labor

practices are practices affecting commerce within the meaning of the Act, or these unfair labor practices are practices affecting commerce within the

meaning of the Act and the Postal Reorganization Act.

| 2. Basis of the Charge *(set forth a clear and concise statement of the facts constituting the alleged unfair labor practices)* |
|---|
| See attached. |

| 3. Full name of party filing charge *(if labor organization, give full name, including local name and number)*<br>District 1199C, National Union of Hospital and Health Care Employees, AFSCME, AFL-CIO |
|---|

| 4a. Address *(Street and number, city, state, and ZIP code)*<br>1319 Locust Street<br>Philadelphia, PA 19107 | 4b. Tel. No.<br>(215) 735-1300 |
|---|---|
| | 4c. Cell No. |
| | 4d. Fax No. |
| | 4e. e-mail |

| 5. Full name of national or international labor organization of which it is an affiliate or constituent unit *(to be filled in when charge is filed by a labor organization)*<br>National Union of Hospital and Health Care Employees |
|---|

| 6. DECLARATION<br>I declare that I have read the above charge and that the statements<br>are true to the best of my knowledge and belief.<br><br>*(signature of representative or person making charge)*    Kathleen Bichner, Attorney<br>*(Print/type name and title or office, if any)* | Tel. No.<br>(267) 255-5363 |
|---|---|
| | Office, if any, Cell No.<br>Same |
| | Fax No. |
| Address  O'Donoghue & O'Donoghue LLP, 325 Chestnut Street,<br>Suite 600, Philadelphia, PA 19106              Date 11/4/2024 | e-mail<br>kbichner@odonoghuelaw.com |

**WILLFUL FALSE STATEMENTS ON THIS CHARGE CAN BE PUNISHED BY FINE AND IMPRISONMENT (U.S. CODE, TITLE 18, SECTION 1001)**
**PRIVACY ACT STATEMENT**

Solicitation of the information on this form is authorized by the National Labor Relations Act (NLRA), 29 U.S.C. § 151 *et seq*. The principal use of the information is to assist the National Labor Relations Board (NLRB) in processing unfair labor practice and related proceedings or litigation. The routine uses for the information are fully set forth in the Federal Register, 71 Fed. Reg. 74942-43 (Dec. 13, 2006). The NLRB will further explain these uses upon request. Disclosure of this information to the NLRB is voluntary; however, failure to supply the information may cause the NLRB to decline to invoke its processes.

## **ATTACHMENT**

1. Since on or about November 1, 2024, the Employer, by and through its officers, agents, and/or representatives, violated the Act when it unilaterally made the decision to subcontract the work of the bargaining unit to outside agencies without providing the Union with notice and/or the opportunity to bargain over the decision to do the same.

2. Since on or about November 1, 2024, the Employer, by and through its officers, agents, and/or representatives, violated the Act when it made the decision to subcontract the work of the bargaining unit to outside agencies based on anti-Union animus.

3. Since on or about November 1, 2024, the Employer, by and through its officers, agents, and/or representatives, violated the Act when it made the decision (and announced the decision) to layoff all bargaining unit employees in retaliation for their protected activities and/or to avoid its bargaining obligations with their exclusive bargaining representative.

**EXHIBIT 13**

FORM NLRB-501
(3-21)

UNITED STATES OF AMERICA
NATIONAL LABOR RELATIONS BOARD
**FIRST AMENDED CHARGE AGAINST EMPLOYER**

| DO NOT WRITE IN THIS SPACE | |
|---|---|
| Case | Date Filed |
| 04-CA-354024 | 11/19/2024 |

**INSTRUCTIONS:**
File an original with NLRB Regional Director for the region in which the alleged unfair labor practice occurred or is occurring.

| 1. EMPLOYER AGAINST WHOM CHARGE IS BROUGHT | | |
|---|---|---|
| a. Name of Employer<br>New Vitae Wellness & Recovery | | b. Tel. No.<br>(610) 928-0176 |
| | | c. Cell No. |
| | | f. Fax. No.<br>(610) 967-0417 |
| d. Address *(Street, city, state, and ZIP code)*<br>5644 Walnut Street<br>Philadelphia, PA 19139 | e. Employer Representative<br>Maribel Poretta, Director of Human Resources | g. e-mail<br>sperch@newvitaewellness.com |
| | | h. Number of workers employed<br>76 |
| i. Type of Establishment *(factory, mine, wholesaler, etc.)*<br>Residential treatment facility | j. Identify principal product or service<br>Residential treatment services | |

The above-named employer has engaged in and is engaging in unfair labor practices within the meaning of section 8(a), subsections (1) and

(list subsections)   8(a)(3) and (5)                                    of the National Labor Relations Act, and these unfair labor

practices are practices affecting commerce within the meaning of the Act, or these unfair labor practices are practices affecting commerce within the

meaning of the Act and the Postal Reorganization Act.

2. Basis of the Charge *(set forth a clear and concise statement of the facts constituting the alleged unfair labor practices)*

See attached.

3. Full name of party filing charge *(if labor organization, give full name, including local name and number)*
District 1199C, National Union of Hospital and Health Care Employees, AFSCME, AFL-CIO

| 4a. Address *(Street and number, city, state, and ZIP code)*<br>1319 Locust Street<br>Philadelphia, PA 19107 | 4b. Tel. No.<br>(215) 735-1300 |
|---|---|
| | 4c. Cell No. |
| | 4d. Fax No. |
| | 4e. e-mail |

5. Full name of national or international labor organization of which it is an affiliate or constituent unit *(to be filled in when charge is filed by a labor organization)*
National Union of Hospital and Health Care Employees

| 6. DECLARATION<br>I declare that I have read the above charge and that the statements<br>are true to the best of my knowledge and belief. | Tel. No.<br>(267) 255-5363 |
|---|---|
| *(signature of representative or person making charge)*                    Kathleen Bichner, Attorney<br>*(Print/type name and title or office, if any)* | Office, if any, Cell No.<br>Same |
| | Fax No. |
| O'Donoghue & O'Donoghue LLP, 325 Chestnut Street,<br>Address Suite 600, Philadelphia, PA 19106          Date 11/19/2024 | e-mail<br>kbichner@odonoghuelaw.com |

**WILLFUL FALSE STATEMENTS ON THIS CHARGE CAN BE PUNISHED BY FINE AND IMPRISONMENT (U.S. CODE, TITLE 18, SECTION 1001)**
**PRIVACY ACT STATEMENT**

Solicitation of the information on this form is authorized by the National Labor Relations Act (NLRA), 29 U.S.C. § 151 *et seq.* The principal use of the information is to assist the National Labor Relations Board (NLRB) in processing unfair labor practice and related proceedings or litigation. The routine uses for the information are fully set forth in the Federal Register, 71 Fed. Reg. 74942-43 (Dec. 13, 2006). The NLRB will further explain these uses upon request. Disclosure of this information to the NLRB is voluntary; however, failure to supply the information may cause the NLRB to decline to invoke its processes.

## **ATTACHMENT**

1. Since on or about November 1, 2024, the Employer, by and through its officers, agents, and/or representatives, violated the Act when it unilaterally made the decision to subcontract the work of the bargaining unit to outside agencies without providing the Union with notice and/or the opportunity to bargain over the decision to do the same.

2. Since on or about November 1, 2024, the Employer, by and through its officers, agents, and/or representatives, violated the Act when it made the decision to subcontract the work of the bargaining unit to outside agencies based on anti-Union animus.

3. Since on or about November 1, 2024, the Employer, by and through its officers, agents, and/or representatives, violated the Act when it made the decision (and announced the decision) to layoff all bargaining unit employees in retaliation for their protected activities and/or to avoid its bargaining obligations with their exclusive bargaining representative.

4. Since on or about November 1, 2024, the Employer, by and through its officers, agents, and/or representatives, violated the Act when it failed and/or refused to provide information and/or documents requested by the Union.

**EXHIBIT 14**

FORM NLRB-501
(3-21)

SECOND AMENDED

UNITED STATES OF AMERICA
NATIONAL LABOR RELATIONS BOARD
**CHARGE AGAINST EMPLOYER**

| DO NOT WRITE IN THIS SPACE | |
|---|---|
| Case<br>**04-CA-354024** | Date Filed<br>**12/23/24** |

**INSTRUCTIONS:**
File an original with NLRB Regional Director for the region in which the alleged unfair labor practice occurred or is occurring.

### 1. EMPLOYER AGAINST WHOM CHARGE IS BROUGHT

| a. Name of Employer<br>New Vitae Wellness & Recovery | b. Tel. No.<br>(610) 928-0176 |
|---|---|
| | c. Cell No. |
| | f. Fax. No.<br>(610) 967-0417 |

| d. Address *(Street, city, state, and ZIP code)*<br>5644 Walnut Street<br>Philadelphia, PA 19139 | e. Employer Representative<br>Maribel Poretta, Director of Human Resources | g. e-mail<br>sperch@newvitaewellness.com |
|---|---|---|
| | | h. Number of workers employed<br>76 |

| i. Type of Establishment *(factory, mine, wholesaler, etc.)*<br>Residential treatment facility | j. Identify principal product or service<br>Residential treatment services |
|---|---|

The above-named employer has engaged in and is engaging in unfair labor practices within the meaning of section 8(a), subsections (1) and

(list subsections)  8(a)(3) and (5)                                   of the National Labor Relations Act, and these unfair labor

practices are practices affecting commerce within the meaning of the Act, or these unfair labor practices are practices affecting commerce within the

meaning of the Act and the Postal Reorganization Act.

| 2. Basis of the Charge *(set forth a clear and concise statement of the facts constituting the alleged unfair labor practices)* |
|---|
| See attached. |

| 3. Full name of party filing charge *(if labor organization, give full name, including local name and number)*<br>District 1199C, National Union of Hospital and Health Care Employees, AFSCME, AFL-CIO |
|---|

| 4a. Address *(Street and number, city, state, and ZIP code)*<br>1319 Locust Street<br>Philadelphia, PA 19107 | 4b. Tel. No.<br>(215) 735-1300 |
|---|---|
| | 4c. Cell No. |
| | 4d. Fax No. |
| | 4e. e-mail |

| 5. Full name of national or international labor organization of which it is an affiliate or constituent unit *(to be filled in when charge is filed by a labor organization)*<br>National Union of Hospital and Health Care Employees |
|---|

| 6. DECLARATION<br>I declare that I have read the above charge and that the statements<br>are true to the best of my knowledge and belief. | | Tel. No.<br>(267) 255-5363 |
|---|---|---|
| *(signature of representative or person making charge)* | Kathleen Bichner, Attorney<br>*(Print/type name and title or office, if any)* | Office, if any, Cell No.<br>Same |
| | | Fax No. |
| Address  O'Donoghue & O'Donoghue LLP, 325 Chestnut Street,<br>Suite 600, Philadelphia, PA 19106      Date  12/23/2024 | | e-mail<br>kbichner@odonoghuelaw.com |

**WILLFUL FALSE STATEMENTS ON THIS CHARGE CAN BE PUNISHED BY FINE AND IMPRISONMENT (U.S. CODE, TITLE 18, SECTION 1001)**
**PRIVACY ACT STATEMENT**

Solicitation of the information on this form is authorized by the National Labor Relations Act (NLRA), 29 U.S.C. § 151 *et seq.* The principal use of the information is to assist the National Labor Relations Board (NLRB) in processing unfair labor practice and related proceedings or litigation. The routine uses for the information are fully set forth in the Federal Register, 71 Fed. Reg. 74942-43 (Dec. 13, 2006). The NLRB will further explain these uses upon request. Disclosure of this information to the NLRB is voluntary; however, failure to supply the information may cause the NLRB to decline to invoke its processes.

## **ATTACHMENT**

1.  Since on or about November 1, 2024, the Employer, by and through its officers, agents, and/or representatives, violated the Act when it unilaterally made the decision to subcontract the work of the bargaining unit to outside agencies and/or layoff employees without providing the Union with notice and/or the opportunity to bargain over the decision to do the same.

2.  Since on or about November 1, 2024, the Employer, by and through its officers, agents, and/or representatives, violated the Act when it made the decision to subcontract the work of the bargaining unit to outside agencies and/or layoff employees based on anti-Union animus.

3.  Since on or about November 1, 2024, the Employer, by and through its officers, agents, and/or representatives, violated the Act when it made the decision (and announced the decision) to layoff all bargaining unit employees in retaliation for their protected activities and/or to avoid its bargaining obligations with their exclusive bargaining representative.

4.  Since on or about November 1, 2024, the Employer, by and through its officers, agents, and/or representatives, violated the Act when it failed and/or refused to provide information and/or documents requested by the Union.

# EXHIBIT 15

Form NLRB - 501 (3-21)

UNITED STATES OF AMERICA
NATIONAL LABOR RELATIONS BOARD
**THIRD AMENDED CHARGE AGAINST EMPLOYER**
**INSTRUCTIONS:**

| DO NOT WRITE IN THIS SPACE | |
|---|---|
| Case | Date Filed |
| 04-CA-354024 | 03/17/2025 |

File an original with NLRB Regional Director for the region in which the alleged unfair labor practice occurred or is occurring.

## 1.  EMPLOYER AGAINST WHOM CHARGE IS BROUGHT

| a. Name of Employer | | b. Tel. No. |
|---|---|---|
| New Vitae Wellness and Recovery | | (610) 928-0176 |
| | | c. Cell No. |
| d. Address (*Street, city, state, and ZIP code*) | e. Employer Representative | f. Fax No. (610) 967-0417 |
| 5644 Walnut Street Philadelphia, PA  19139 | Maribel Poretta, Director of Human Resources | g. e-mail  mporetta@newvitaewellness.com |
| | | h. Number of Workers Employed  About  76 |
| i. Type of Establishment (*factory, mine, wholesaler, etc.*) | j. Identify Principal Product or Service | |
| Residential treatment facility | Residential treatment services | |

l. The above-named employer has engaged in and is engaging in unfair labor practices within the meaning of section 8(a), subsections (1), (3) and (5) of the National Labor Relations Act, and these unfair labor practices are practices affecting commerce within the meaning of the Act, or these unfair labor practices are practices affecting commerce within the meaning of the Act and the Postal Reorganization Act.

2. Basis of the Charge (*set forth a clear and concise statement of the facts constituting the alleged unfair labor practices*)

See attached.

3. Full name of party filing charge (*if labor organization, give full name, including local name and number*)

District 1199C, National Union of Hospital and Health Care Employees, AFSCME, AFL-CIO

| 4a. Address (*Street and number, city, state, and ZIP code*) | 4b. Tel. No. (215) 735-1300 |
|---|---|
| 1319 Locust Street Philadelphia, PA 19107 | 4c. Cell No. |
| | 4d. Fax No. |
| | 4e. e-mail |

5. Full name of national or international labor organization of which it is an affiliate or constituent unit (*to be filled in when charge is filed by a labor organization*)

National Union of Hospital and Health Care Employees, AFSCME, AFL-CIO

| 6.  DECLARATION I declare that I have read the above charge and that the statements are true to the best of my knowledge and belief. | | Tel. No. (267) 777-9315 |
|---|---|---|
| *Lance Geren* | | Office, if any, Cell No. (202) 805-6148 |
| (*signature of representative or person making charge*) | Lance Geren, Esq. (*Print/type name and title or office, if any*) | Fax No. |
| Address:    O'Donoghue & O'Donoghue LLP 325 Chestnut Street, Suite 600, Philadelphia, PA  19106 | Date:    March 17, 2025 | e-mail  lgeren@odonoghuelaw.com |

**WILLFUL FALSE STATEMENTS ON THIS CHARGE CAN BE PUNISHED BY FINE AND IMPRISONMENT (U.S. CODE, TITLE 18, SECTION 1001)**
**PRIVACY ACT STATEMENT**

Solicitation of the information on this form is authorized by the National Labor Relations Act (NLRA), 29 U.S.C. § 151 *et seq.* The principal use of the information is to assist the National Labor Relations Board (NLRB) in processing unfair labor practice and related proceedings or litigation. The routine uses for the information are fully set forth in the Federal Register, 71 Fed. Reg. 74942-43 (Dec. 13, 2006). The NLRB will further explain these uses upon request. Disclosure of this information to the NLRB is voluntary; however, failure to supply the information will cause the NLRB to decline to invoke its processes.

Attachment to Case No. 04-CA-354024

1) Since on or about November 1, 2024, the Employer, by and through its officers, agents, and/or representatives, violated the Act when it unilaterally made the decision to subcontract the work of the bargaining unit to outside agencies and/or layoff employees without providing the Union with notice and/or opportunity to bargain over the decision to do the same;

2) Since on or about November 1, 2024, the Employer, by and through its officers, agents, and/or representatives, violated the Action when it made the decision to subcontract the work of the bargaining unit to outside agencies and/or layoff employees based on anti-Union animus and/or to avoid its bargaining obligations with their exclusive bargaining representative.

3) Since on or about November 1, 2024, the Employer, by and through its officers, agents, and/or representatives, violated the Act when it failed and/or refused to provide information and/or documents requested by the Union.

**EXHIBIT 16**

**UNITED STATES OF AMERICA
BEFORE THE NATIONAL LABOR RELATIONS BOARD
REGION 04**

**NEW VITAE, INC. d/b/a NEW VITAE WELLNESS
AND RECOVERY**

      **and**                                              **Cases 04-CA-324629**
                                              **04-CA-328382**
                                              **04-CA-328762**
                                              **04-CA-347986**
                                              **04-CA-354024**

**DISTRICT 1199C, NATIONAL UNION OF
HOSPITAL AND HEALTH CARE EMPLOYEES,
AFSCME, AFL-CIO**

**ORDER CONSOLIDATING CASES, CONSOLIDATED
COMPLAINT AND NOTICE OF HEARING**

      Pursuant to Section 102.33 of the Rules and Regulations of the National Labor Relations Board (the Board) and to avoid unnecessary costs or delays, **IT IS ORDERED THAT** Cases 04-CA-324629, 04-CA-328382, 04-CA-328762, 04-CA-347986 and 04-CA-354024, which are based on charges filed by District 1199C, National Union of Hospital and Health Care Employees, AFSCME, AFL-CIO (the Union) against New Vitae Wellness and Recovery[1], whose correct legal name is New Vitae, Inc. d/b/a New Vitae Wellness and Recovery (Respondent), are consolidated.

      This Order Consolidating Cases, Consolidated Complaint and Notice of Hearing, which is based on these charges, is issued pursuant to Section 10(b) of the National Labor Relations Act (the Act), 29 U.S.C. § 151 et seq., and Section 102.15 of the Board's Rules and Regulations, and alleges that Respondent has violated the Act as described below.

      1.     (a)     The charge in Case 04-CA-324629 was filed by the Union on August 25, 2023, and a copy was served on Respondent by U.S. mail on August 28, 2023.

            (b)     The charge in Case 04-CA-328382 was filed by the Union on October 23, 2023, and a copy was served on Respondent by U.S. mail on October 23, 2023.

            (c)     The first amended charge in Case 04-CA-328382 was filed by the Union on November 8, 2023, and a copy was served on Respondent by U.S. mail on November 8, 2023.

---

[1] The charge in Case 04-CA-324629 was filed against New Vitae Health & Wellness.

(d)     The second amended charge in Case 04-CA-328382 was filed by the Union on November 4, 2024, and a copy was served on Respondent by U.S. mail on November 4, 2024.

(e)     The charge in Case 04-CA-328762 was filed by the Union on October 27, 2023, and a copy was served on Respondent by U.S. mail on October 27, 2023.

(f)     The first amended charge in Case 04-CA-328762 was filed on December 4, 2023, and a copy was served on Respondent by U.S. mail on December 4, 2023.

(g)     The second amended charge in Case 04-CA-328762 was filed on December 13, 2023, and a copy was served on Respondent by U.S. mail on December 13, 2023.

(h)     The third amended charge in Case 04-CA-328762 was filed on November 4, 2024, and a copy was served on Respondent by U.S. mail on November 4, 2024.

(i)     The charge in Case 04-CA-347986 was filed on August 9, 2024, and a copy was served on Respondent by U.S. mail on August 9, 2024.

(j)     The first amended charge in Case 04-CA-347986 was filed on August 26, 2024, and a copy was served on Respondent by U.S. mail on August 27, 2024.

(k)     The second amended charge in Case 04-CA-347986 was filed on March 17, 2025, and a copy was served on Respondent by U.S. mail on March 17, 2025.

(l)     The charge in Case 04-CA-354024 was filed on November 4, 2024, and a copy was served on Respondent by U.S. mail on November 4, 2024.

(m)     The first amended charge in Case 04-CA-354024 was filed on November 19, 2024, and a copy was served on Respondent by U.S. mail on November 20, 2024.

(n)     The second amended charge in Case 04-CA-354024 was filed on December 23, 2024, and a copy was served on Respondent by U.S. mail on January 6, 2025.

(o)     The third amended charge in Case 04-CA-354024 was filed on March 17, 2025, and a copy was served on Respondent by U.S. mail on March 17, 2025.

2.     (a)     At all material times, Respondent has been a corporation with an office and place of business in Limeport, Pennsylvania, and has been engaged in operating residential behavioral health treatment facilities in Pennsylvania, including those located at 5644 Walnut Street, 5646 Walnut Street, and 1909 South 6th Street in Philadelphia, Pennsylvania (collectively, Respondent's Philadelphia facilities).

(b)     During the past year, Respondent, in conducting its operations described above in subparagraph (a), derived gross revenues in excess of $250,000, and purchased goods and materials valued in excess of $5,000 directly from points outside the Commonwealth of Pennsylvania.

(c)    At all material times, Respondent has been an employer engaged in commerce within the meaning of Section 2(2), (6), and (7) of the Act, and has been a health-care institution within the meaning of Section 2(14) of the Act.

3.    At all material times, the Union has been a labor organization within the meaning of Section 2(5) of the Act.

4.    (a)    At all material times, the following individuals have held the positions set forth opposite their respective names and have been supervisors of Respondent within the meaning of Section 2(11) of the Act and agents of Respondent within the meaning of Section 2(13) of the Act:

| | | |
|---|---|---|
| Adam Devlin | - | Owner and Chair of the Board of Directors |
| Judith Yanacek | - | President |
| Michelle Beck | - | Chief Financial Officer |
| Samantha Perch | - | Director of Human Resources (until about July 16, 2023); |
| | | Human Resources Program Partner (since about July 16, 2023) |
| Maribel Poretta | - | Director of Human Resources (since about July 16, 2023) |
| Taliah Mason | - | Director of Wellness |
| Samara Speakes | - | Administrator |
| Yardley Georges | - | Human Resource Generalist Representative |

(b)    At all material times, the following individuals have been agents of Respondent within the meaning of Section 2(13) of the Act:

(i)    Kimberly Wiseman – Consultant, McCloskey Partners, LLC; and
(ii)    Respondent's labor counsel

5.    (a)    The following employees of Respondent (the Unit) constitute a unit appropriate for the purposes of collective bargaining within the meaning of Section 9(b) of the Act:

All full-time, regular part-time, and per-diem Registered Nurses employed by the Employer at its facilities located at 5644 Walnut Street, 5646 Walnut Street, and 1909 South 6th Street in Philadelphia, Pennsylvania, excluding all other employees, office clerical employees, confidential employees, managerial employees, guards and supervisors as defined by the Act.

(b)    On March 16, 2023, a representation election was conducted among the employees in the Unit and, on May 5, 2023, the Union was certified as the exclusive collective-bargaining representative of the Unit.

(c)    At all times since March 16, 2023, based on Section 9(a) of the Act, the Union has been the exclusive collective-bargaining representative of the Unit.

6.    Respondent, by Samantha Perch:

(a)    About May 8, 2023, in a videoconference:
(i)    Directed employees not to discuss working conditions with other employees; and
(ii)    Threatened employees with discipline if they violated the prohibition in subparagraph (a)(i).

(b)    About May 16, 2023, by electronic mail:
(i)    Directed employees not to discuss working conditions with other employees; and
(ii)    Threatened the employees with discipline if they violated the prohibition in subparagraph (b)(i).

7.    (a)    Beginning about September 2022, Respondent's employee Danita Alexander engaged in concerted activities with other employees for the purposes of mutual aid and protection by expressing employees' concerns regarding wages and other terms and conditions of employment to Respondent.

(b)    About May 4, 2023, Respondent suspended employee Danita Alexander.

(c)    About May 5, 2023 and May 8, 2023, Respondent withheld pay from employee Danita Alexander.

(d)    From about May 1, 2023 through October 25, 2023, more precise dates being unknown to the Acting General Counsel, Respondent reduced employee Danita Alexander's hours of work by denying her assigned work shifts.

(e)    About August 21, 2023, Respondent gave employee Danita Alexander a negative performance review.

(f)    About October 25, 2023, Respondent discharged employee Danita Alexander.

(g)    Respondent engaged in the conduct described above in subparagraphs (b) through (f) because Danita Alexander engaged in the conduct in subparagraph (a), and to discourage employees from engaging in these and other concerted activities.

(h)    Respondent engaged in the conduct described above in subparagraphs (b) through (f) because Danita Alexander joined and assisted the Union and engaged in concerted activities and to discourage employees from engaging in these activities.

4

(i)    The subjects set forth in subparagraphs (b) through (f) relate to wages, hours, and other terms and conditions of employment of the Unit and are mandatory subjects for the purposes of collective bargaining.

(j)    Respondent engaged in the conduct described above in subparagraphs (b) through (f) without prior notice to the Union, and without affording the Union an opportunity to bargain with Respondent with respect to this conduct.

8.    About November 1, 2024, Respondent:

(a)    Laid off all Unit employees; and

(b)    Subcontracted the work previously performed by the Registered Nurses in the Unit to contractors U.S. Medical Staffing, LLC and Two Magnets, Inc d/b/a/ Clipboard Health.

(c)    Respondent engaged in the conduct described above in subparagraphs (a) and (b) because Unit employees formed, supported and assisted the Union and engaged in concerted activities, and to discourage other employees from engaging in these activities.

(d)    The subjects set forth in subparagraphs (a) and (b) relate to wages, hours, and other terms and conditions of employment of the Unit and are mandatory subjects for the purposes of collective bargaining.

(e)    Respondent engaged in the actions described above in subparagraphs (a) and (b) without prior notice to the Union, and without affording the Union an opportunity to bargain with Respondent with respect to this conduct.

9.    (a)    About May 9, 2023, by letter, the Union, requested that Respondent furnish it with the following information:

1.  A list of current bargaining unit employees, including their full names, dates of hire, job classifications, rates of pay, last known address, phone number, personal email address, and dates of completion of any probationary period;
2.  A copy of all current Employer handbooks, manuals, personnel policies, practices or procedures;
3.  A statement and description of all Employer personnel policies, practices, and procedures other than those mentioned in number 2 above;
4.  A copy of all fringe benefit plans (including pension, profit sharing, severance, stock incentive, vacation, health and welfare, apprenticeship, training, legal services, child care or any other plans which provide benefits or loans to employees), including any trust agreements (and any amendments thereto), summary plan descriptions, plan design, Form 5500s and any other document under which the plan is administered, maintained or sponsored;

5.  The current monthly premium cost(s) for any Employer-sponsored health plan(s), in addition to any employee/employer share;
6.  A description of any current automatic contributions or matching provided by the Employer as part of any 401(k) or similarly structured retirement plan;
7.  A copy of all current job descriptions;
8.  A copy of any company wage or salary plan;
9.  A statement and description of all wage and salary plans which are not provided under number 4 above, including a description of any and all shift differentials or other premium rates of pay;
10. The date and amount of the last pay raise given to each employee in the bargaining unit;
11. A copy of all disciplinary notices, warnings or records of disciplinary personnel actions issued to any bargaining unit employee for the past year; and
12. A copy of any seniority lists.

(b)    About June 27, 2024, by electronic mail, the Union, requested that Respondent furnish it with an updated roster of Unit employees.

(c)    About July 9, 15, 22, 29, and September 16, 2024, by electronic mail, the Union reiterated its request for information described above in subparagraph (b).

(d)    The information requested by the Union, as described above in subparagraphs (a) and (b), is necessary for, and relevant to, the Union's performance of its duties as the exclusive collective-bargaining representative of the Unit.

(e)    From about May 9, 2023 to about October 31, 2023, Respondent unreasonably delayed in furnishing the Union with the information requested by it as described above in subparagraph (a).

(f)    From about June 27, 2024 to about October 3, 2024, Respondent unreasonably delayed in furnishing the Union with the information requested by it as described above in subparagraph (b).

10.    (a)    About May 23, 2023, by electronic mail, the Union, requested that Respondent furnish it with the following information:

.....

4.    The names, positions, email addresses, phone numbers and current employment status of all New Vitae bargaining unit employees who participated in "stay interviews."

.....

(b)    About November 4, 2024, by electronic mail, the Union, requested that Respondent furnish it with information as to the Employer's reasoning/basis for Respondent's decision to subcontract the bargaining unit work in its entirety.

(c)     The information requested by the Union, as described above in subparagraphs (a) and (b), is necessary for, and relevant to, the Union's performance of its duties as the exclusive collective-bargaining representative of the Unit.

(d)     Since about May 23, 2023, Respondent has failed and refused to furnish the Union with the information requested by it as described above in subparagraph (a).

(e)     Since about November 4, 2024, Respondent has failed and refused to furnish the Union with the information requested by it as described above in subparagraph (b).

11.     (a)     About the following dates, by the following manner, the Union, requested that Respondent meet and bargain collectively with the Union as the exclusive collective-bargaining representative of the Unit:

   (i)     May 9, 2023, by letter; and
   (ii)    December 11, 2023, June 27, 2024, July 9, 2024, July 15, 2024, July 22, 2024, and July 29, 2024, by electronic mail.

(b)     From about May 9, 2023 to about October 10, 2024, and since November 1, 2024, Respondent has failed and refused to meet and bargain collectively with the Union as the exclusive collective-bargaining representative of the Unit.

12.     (a)     About December 2023, a more precise date being presently unknown to the Acting General Counsel, Respondent failed to give Unit employees holiday bonuses.

(b)     About January 2024, a more precise date being presently unknown to the Acting General Counsel, Respondent failed to give Unit employees wage increases.

(c)     The subjects set forth above in subparagraphs (a) and (b) relate to wages, hours and other terms and conditions of employment of the Unit and are mandatory subjects for the purposes of collective bargaining.

(d)     Respondent engaged in the actions described above in subparagraphs (a) and (b) without prior notice to the Union, and without affording the Union an opportunity to bargain with Respondent with respect to this conduct.

13.     By the conduct described above in paragraphs 6, and 7(b) through 7(g), Respondent has been interfering with, restraining, and coercing employees in the exercise of the rights guaranteed in Section 7 of the Act in violation of Section 8(a)(1) of the Act.

14.     By the conduct described above in paragraphs 7(b) through 7(f), 7(h), and 8(a) through 8(c), Respondent has been discriminating in regard to the hire or tenure of terms or conditions of employment of its employees, thereby discouraging membership in a labor organization in violation of Section 8(a)(1) and (3) of the Act.

15.    By the conduct described above in paragraphs 7(b) through 7(f), 7(j), 8(a), 8(b), 8(e), 9(e), 9(f), 10(d), 10(e), 11(b), 12(a), 12(b) and 12(d), Respondent has been failing and refusing to bargain in collectively and in good faith with the exclusive collective-bargaining representative of its employees in violation of Section 8(a)(1) and (5) of the Act.

16.    The unfair labor practices of Respondent described above affect commerce within the meaning of Section 2(6) and (7) of the Act.

**WHEREFORE**, as part of the remedy for the unfair labor practices alleged above, the Acting General Counsel seeks an Order requiring:

A.    Respondent to restore its full-time, regular part-time and per diem registered nurse work at its Philadelphia facilities as it existed on October 31, 2024.

B.    Respondent to schedule a meeting or meetings at Respondent's Philadelphia facilities to ensure the widest possible attendance to read the Notice to Employes aloud in English and in additional languages if the Regional Director decides that it is appropriate to do so, on worktime, at the location(s) where meetings are customarily held for employees, in the presence of a Board agent, or alternatively, for a Board agent to read the Notice to Employees in English and in additional languages if the Regional Director decides that it is appropriate to do so, during worktime, in the presence of Respondent's managers and supervisors.

C.    Respondent to electronically post and electronically distribute the Notice to Employees if Respondent customarily uses electronic means such as electronic bulletin board, e-mail, text messaging, website or intranet to communicate with those employees;

D.    Respondent to mail the Notice to Employees to all current and former Unit employees employed by Respondent at any time since May 4, 2023; and

E.    Respondent to bargain in good faith with the Union, on request, as the exclusive and recognized bargaining representative of the Unit for the period required by *Mar-Jac Poultry Co.*, 136 NLRB 785 (1962).

In addition, the Acting General Counsel further seeks all other relief as may be just and proper to remedy the unfair labor practices alleged.

## <u>ANSWER REQUIREMENT</u>

Respondent is notified that, pursuant to Sections 102.20 and 102.21 of the Board's Rules and Regulations, it must file an answer to the complaint.  The answer must be **received by this office on or before Tuesday, April 22, 2025, or postmarked on or before April 21, 2025**. Respondent also must serve a copy of the answer on each of the other parties.

The answer must be filed electronically through the Agency's website. To file electronically, go to www.nlrb.gov, click on **E-File Documents**, enter the NLRB Case Number, and follow the detailed instructions. Responsibility for the receipt and usability of the answer rests exclusively upon the sender. Unless notification on the Agency's website informs users that the Agency's E-Filing system is officially determined to be in technical failure because it is unable to receive documents for a continuous period of more than 2 hours after 12:00 noon (Eastern Time) on the due date for filing, a failure to timely file the answer will not be excused on the basis that the transmission could not be accomplished because the Agency's website was off-line or unavailable for some other reason. The Board's Rules and Regulations require that an answer be signed by counsel or non-attorney representative for represented parties or by the party if not represented. See Section 102.21. If the answer being filed electronically is a pdf document containing the required signature, no paper copies of the answer need to be transmitted to the Regional Office. However, if the electronic version of an answer to a complaint is not a pdf file containing the required signature, then the E-filing rules require that such answer containing the required signature continue to be submitted to the Regional Office by traditional means within three (3) business days after the date of electronic filing. Service of the answer on each of the other parties must still be accomplished by means allowed under the Board's Rules and Regulations. The answer may not be filed by facsimile transmission. If no answer is filed, or if an answer is filed untimely, the Board may find, pursuant to a Motion for Default Judgment, that the allegations in the complaint are true.

## <u>NOTICE OF HEARING</u>

**PLEASE TAKE NOTICE THAT** on <u>**Tuesday, May 20, 2025 at 10:00 a.m.**</u> at the Regional Office, located at The Wanamaker Building, 100 E. Penn Square, Suite 403, Philadelphia Pennsylvania, and on consecutive days thereafter until concluded, a hearing will be conducted before an administrative law judge of the National Labor Relations Board. At the hearing, Respondent and any other party to this proceeding have the right to appear and present testimony regarding the allegations in this complaint. The procedures to be followed at the hearing are described in the attached Form NLRB-4668. The procedure to request a postponement of the hearing is described in the attached Form NLRB-4338.

Dated: April 8, 2025

Kimberly E. Andrews, Regional Director
National Labor Relations Board
Region 04
100 E. Penn Square, Suite 403
Philadelphia, PA 19107

Attachments

9

FORM NLRB 4338
(6-90)

# UNITED STATES GOVERNMENT
## NATIONAL LABOR RELATIONS BOARD

## NOTICE

**Cases 04-CA-324629 et al.**

The issuance of the notice of formal hearing in this case does not mean that the matter cannot be disposed of by agreement of the parties. On the contrary, it is the policy of this office to encourage voluntary adjustments. The examiner or attorney assigned to the case will be pleased to receive and to act promptly upon your suggestions or comments to this end.

An agreement between the parties, approved by the Regional Director, would serve to cancel the hearing. However, unless otherwise specifically ordered, the hearing will be held at the date, hour, and place indicated. Postponements *will not be granted* unless good and sufficient grounds are shown *and* the following requirements are met:

(1)  The request must be in writing. An original and two copies must be filed with the Regional Director when appropriate under 29 CFR 102.16(a) or with the Division of Judges when appropriate under 29 CFR 102.16(b).

(2)  Grounds must be set forth in *detail*;

(3)  Alternative dates for any rescheduled hearing must be given;

(4)  The positions of all other parties must be ascertained in advance by the requesting party and set forth in the request; and

(5)  Copies must be simultaneously served on all other parties (listed below), and that fact must be noted on the request.

Except under the most extreme conditions, no request for postponement will be granted during the three days immediately preceding the date of hearing.

**Samantha Perch, HR Director**
**New Vitae Health & Wellness**
**P.O. Box 1001**
**Limeport, PA 18060**

**Guy Vilim, Esquire**
**The Law Office of Guy Vilim**
**11 South Olive Street, 2nd Floor**
**Media, PA 19063**

**Lance Geren, Esquire**
**Patrick K. Martin, Esquire**
**O'Donoghue & O'Donoghue, LLP**
**325 Chestnut Street, Suite 600**
**Philadelphia, PA 19106**

Feliciano Coggins, Administrative Organizer
District 1199C, National Union of Hospital and Health
  Care Employees, AFSCME, AFL-CIO
1319 Locust Street
Philadelphia, PA 19107

Maribel Poretta, Director of Human Resources
New Vitae Wellness & Recovery
5644 Walnut Street
Philadelphia, PA 19139

US Medical Staffing, LLC        (Certified Mail)
Richard Duggan, CEO
1420 Walnut Street, Suite 1350
Philadelphia, PA 19102

Twomagnets Inc. d/b/a Clipboard Health  (Certified Mail)
Wei Deng, CEO
440 N. Barranca Avenue
#5028
Covina, CA  91723

Form NLRB-4668
(6-2014)

# Procedures in NLRB Unfair Labor Practice Hearings

The attached complaint has scheduled a hearing that will be conducted by an administrative law judge (ALJ) of the National Labor Relations Board who will be an independent, impartial finder of facts and applicable law. **You may be represented at this hearing by an attorney or other representative.** If you are not currently represented by an attorney, and wish to have one represent you at the hearing, you should make such arrangements as soon as possible. A more complete description of the hearing process and the ALJ's role may be found at Sections 102.34, 102.35, and 102.45 of the Board's Rules and Regulations. The Board's Rules and regulations are available at the following link: www.nlrb.gov/sites/default/files/attachments/basic-page/node-1717/rules_and_regs_part_102.pdf.

The NLRB allows you to file certain documents electronically and you are encouraged to do so because it ensures that your government resources are used efficiently. To e-file go to the NLRB's website at www.nlrb.gov, click on "e-file documents," enter the 10-digit case number on the complaint (the first number if there is more than one), and follow the prompts. You will receive a confirmation number and an e-mail notification that the documents were successfully filed.

**Although this matter is set for trial, this does not mean that this matter cannot be resolved through a settlement agreement.** The NLRB recognizes that adjustments or settlements consistent with the policies of the National Labor Relations Act reduce government expenditures and promote amity in labor relations and encourages the parties to engage in settlement efforts.

## I.    BEFORE THE HEARING

The rules pertaining to the Board's pre-hearing procedures, including rules concerning filing an answer, requesting a postponement, filing other motions, and obtaining subpoenas to compel the attendance of witnesses and production of documents from other parties, may be found at Sections 102.20 through 102.32 of the Board's Rules and Regulations. In addition, you should be aware of the following:

- **Special Needs:** If you or any of the witnesses you wish to have testify at the hearing have special needs and require auxiliary aids to participate in the hearing, you should notify the Regional Director as soon as possible and request the necessary assistance. Assistance will be provided to persons who have handicaps falling within the provisions of Section 504 of the Rehabilitation Act of 1973, as amended, and 29 C.F.R. 100.603.

- **Pre-hearing Conference:** One or more weeks before the hearing, the ALJ may conduct a telephonic prehearing conference with the parties. During the conference, the ALJ will explore whether the case may be settled, discuss the issues to be litigated and any logistical issues related to the hearing, and attempt to resolve or narrow outstanding issues, such as disputes relating to subpoenaed witnesses and documents. This conference is usually not recorded, but during the hearing the ALJ or the parties sometimes refer to discussions at the pre-hearing conference. You do not have to wait until the prehearing conference to meet with the other parties to discuss settling this case or any other issues.

## II.    DURING THE HEARING

The rules pertaining to the Board's hearing procedures are found at Sections 102.34 through 102.43 of the Board's Rules and Regulations. Please note in particular the following:

- **Witnesses and Evidence**: At the hearing, you will have the right to call, examine, and cross-examine witnesses and to introduce into the record documents and other evidence.

- **Exhibits:** Each exhibit offered in evidence must be provided in duplicate to the court reporter and a copy of each of each exhibit should be supplied to the ALJ and each party when the exhibit is offered in evidence. If a copy of any exhibit is not available when the original is received, it will be the responsibility of the party offering such exhibit to submit the copy to the ALJ before the close of hearing.

(OVER)

Form NLRB-4668
(6-2014)

If a copy is not submitted, and the filing has not been waived by the ALJ, any ruling receiving the exhibit may be rescinded and the exhibit rejected.

- **Transcripts**: An official court reporter will make the only official transcript of the proceedings, and all citations in briefs and arguments must refer to the official record. The Board will not certify any transcript other than the official transcript for use in any court litigation. Proposed corrections of the transcript should be submitted, either by way of stipulation or motion, to the ALJ for approval. Everything said at the hearing while the hearing is in session will be recorded by the official reporter unless the ALJ specifically directs off-the-record discussion. If any party wishes to make off-the-record statements, a request to go off the record should be directed to the ALJ.

- **Oral Argument**: You are entitled, on request, to a reasonable period of time at the close of the hearing for oral argument, which shall be included in the transcript of the hearing. Alternatively, the ALJ may ask for oral argument if, at the close of the hearing, if it is believed that such argument would be beneficial to the understanding of the contentions of the parties and the factual issues involved.

- **Date for Filing Post-Hearing Brief**: Before the hearing closes, you may request to file a written brief or proposed findings and conclusions, or both, with the ALJ. The ALJ has the discretion to grant this request and to will set a deadline for filing, up to 35 days.

## III.    AFTER THE HEARING

The Rules pertaining to filing post-hearing briefs and the procedures after the ALJ issues a decision are found at Sections 102.42 through 102.48 of the Board's Rules and Regulations. Please note in particular the following:

- **Extension of Time for Filing Brief with the ALJ:**  If you need an extension of time to file a post-hearing brief, you must follow Section 102.42 of the Board's Rules and Regulations, which requires you to file a request with the appropriate chief or associate chief administrative law judge, depending on where the trial occurred. You must immediately serve a copy of any request for an extension of time on all other parties and furnish proof of that service with your request. You are encouraged to seek the agreement of the other parties and state their positions in your request.

- **ALJ's Decision:**  In due course, the ALJ will prepare and file with the Board a decision in this matter. Upon receipt of this decision, the Board will enter an order transferring the case to the Board and specifying when exceptions are due to the ALJ's decision. The Board will serve copies of that order and the ALJ's decision on all parties.

- **Exceptions to the ALJ's Decision**: The procedure to be followed with respect to appealing all or any part of the ALJ's decision (by filing exceptions with the Board), submitting briefs, requests for oral argument before the Board, and related matters is set forth in the Board's Rules and Regulations, particularly in Section 102.46 and following sections. A summary of the more pertinent of these provisions will be provided to the parties with the order transferring the matter to the Board.

**EXHIBIT 17**

**UNITED STATES OF AMERICA**
**BEFORE THE NATIONAL LABOR RELATIONS BOARD**
**REGION 04**

**NEW VITAE, INC. d/b/a NEW VITAE WELLNESS AND RECOVERY**
   **and**         Cases 04-CA-324629
                  04-CA-328382
                  04-CA-328762
                  04-CA-347986
                  04-CA-354024

**DISTRICT 1199C, NATIONAL UNION OF HOSPITAL AND HEALTH CARE EMPLOYEES, AFSCME, AFL-CIO**

**ANSWER TO ORDER CONSOLIDATING CASES, CONSOLIDATING COMPLAINT AND NOTICE OF HEARING:**

The Respondent, New Vitae, Inc., by and through its undersigned counsel, hereby

Answers the complaint in this matter as follows, in seriatim:

1. Admitted in all parts.

2. Admitted in all parts.

3. Admitted.

4. Admitted.

5. Admitted.

6. Denied in all parts.

7. (a) Respondent is unable to verify the truth of the assertions and denies them for that

  reason.

  (b) Denied as stated.

  (c) Denied as stated.

  (d) Denied.

1

(e) Denied.

(f) Admitted.

(g) Denied.

(h) Denied.

(i) Admitted.

(j) Denied.

8. (a) Admitted.

(b) Admitted.

(c) Denied.

(d) Admitted.

(e) Denied.

9. (a) Admitted in all parts.

(b) Admitted.

(c) Admitted.

(d) Denied as a conclusion of law.

(e) Denied as a fact and a conclusion of law.

(f) Denied as fact and as conclusion of law.

10. (a) Admitted.

(b) Admitted.

(c) Denied as a conclusion of law.

(d) Denied.

(e) Denied.

11. (a) Denied as stated.

2

(b) Denied.

12. (a) Denied as stated.

(b) Denied.

(c) Denied as a conclusion of law.

(d) Denied.

13. Denied as fact and as a conclusion of law.

14. Denied as fact and as a conclusion of law.

15. Denied as fact and as a conclusion of law.

16. Denied as fact and as a conclusion of law.

17. By way of further Answer, the Respondent avers that its actions, at all times, conformed to the applicable law.  Respondent hereby incorporates all of its relevant Position Statements as if those Statements were set forth in full here.

**WHEREFORE**,  Respondent prays that the Complaint in this matter be DISMISSED.


Respectfully submitted,


/s/Guy Vilim
Guy Vilim, Esq.
Atty. ID no. 42633
The Law Office of Guy Vilim, LLC
11 South Olive Street, 2nd Floor
Media, PA 19063
(610)-566-0711
gvilim@vilimlaw.com

3

## CERTIFICATE OF SERVICE

I, Guy Vilim, hereby certify that a true and correct copy of:

ANSWER

was served on the following person on this 22nd day of April 2025, through the NLRB's electronic filing system and via electronic email:

Lance Geren, Esquire
Patrick K. Martin, Esquire
O'Donoghue & O'Donoghue, LLP
325 Chestnut Street, Suite 600
Philadelphia, PA 19106

Jun S. Bang, Senior Field Attorney
National Labor Relations Board
The Wanamaker Building
100 East Penn Square, Suite 403
Philadelphia, PA 19107

Honorable Paul Bogas
National Labor Relations Board

Respectfully submitted,

/s/Guy Vilim
Guy Vilim, Esq.
Atty. ID no. 42633
The Law Office of Guy Vilim, LLC
11 South Olive Street, 2nd Floor
Media, PA 19063
(610)-566-0711
gvilim@vilimlaw.com

4