Lea F. Alvo-Sadiky, Attorney (ID PA #92738)
Attorney for Petitioner
National Labor Relations Board
The Wanamaker Building
100 Penn Square East, Suite 403
Philadelphia, Pennsylvania 19107
Phone: (215) 597-7630
Email: Lea.Alvo-Sadiky@nlrb.gov

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| KIMBERLY E. ANDREWS, Regional Director of the Fourth Region of the NATIONAL LABOR RELATIONS BOARD, for and on behalf of the NATIONAL LABOR RELATIONS BOARD,<br><br>Petitioner,<br>v.<br><br>NEW VITAE, INC. d/b/a NEW VITAE WELLNESS AND RECOVERY<br><br>Respondent | Civil No.    2:25-cv-04515 |

**DECLARATION OF REGIONAL DIRECTOR KIMBERLY ANDREWS IN SUPPORT OF PETITION FOR INJUNCTION UNDER SECTION 10(j) OF THE NATIONAL LABOR RELATIONS ACT, AS AMENDED**

KIMBERLY E. ANDREWS, under penalty of perjury under the laws of the United States of America the following is true and correct, declares as follows:

1. I am the Regional Director for Region Four of the National Labor Relations Board (Board).

2. I have read the foregoing Petition and Exhibits appended hereto and know the contents thereof.

3. Between August 25, 2023 and March 17, 2025, District 1199(C), National Union of Hospital and Health Care Employees, AFSCME, AFL-CIO (herein called the Union), filed a series of unfair labor practices charges and amended charges against New Vitae, Inc.

d/b/a New Vitae Wellness and Recovery, (herein called Respondent), in Board Cases 04-CA-324629, 04-CA-328382, 04-CA-328762, 04-CA-347986, and 04-CA-354024. True copies of the charges and amended charges are attached to the Petition as Exhibits 1 through 15 and allege that Respondent is engaging in unfair labor practices in violations of Sections 8(a)(1), 8(a)(3), and 8(a)(5) of the National Labor Relations Act [29 U.S.C. Sec. 158(a)(1), (3), and (5)] (the Act).

4. On April 8, 2025, based upon the charges in Cases 04-CA-324629, 04-CA-328382, 04-CA-328762, 04-CA-347986, and 04-CA-354024 referred to above, I issued an Order Consolidating Cases, Consolidated Complaint and Notice of Hearing (herein, the Complaint), pursuant to Section 10(b) of the Act, alleging that Respondent has engaged in, and is engaging in, unfair labor practices within the meaning of Section 8(a)(1), (3) and (5) of the Act. The Complaint is attached to the Petition as Exhibit 14.

5. On April 22, 2025, Respondent timely filed its Answer to the Complaint. A copy of Respondent's Answer is attached to the Petition as Exhibit 15.

6. Under the Board's 2011 "Order Contingently Delegating Authority to the General Counsel" contained at 76 FR 69768, in the absence of a Board quorum, any NLRB actions in federal courts that typically require Board approval are able to be initiated solely by the General Counsel, including § 10(j) injunctions filed in district court.

7. The Acting General Counsel of the Board has reviewed the allegations and evidence obtained during the investigation of these cases, and upon reviewing the evidence under the prism of the Ninth Circuit standard for granting injunctive relief, authorized me to seek temporary injunctive relief to protect the Board's remedial powers in this case.

8. All exhibits in support of the Petition and Memorandum are true and correct copies of the documents so identified.

9. I declare under penalty of perjury under the Laws of the United States of America that the foregoing is true and correct to the best of my knowledge and belief.

DATED AT Philadelphia, Pennsylvania, this 7th day of August 2025.

/s /Kimberly E. Andrews
Regional Director
Region 4