UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| KIMBERLY E. ANDREWS, Regional Director of the Fourth Region of the NATIONAL LABOR RELATIONS BOARD, for and on behalf of the NATIONAL LABOR RELATIONS BOARD,<br><br>Petitioner,<br>v.<br><br>NEW VITAE, INC. d/b/a NEW VITAE., WELLNESS AND RECOVERY<br><br>Respondent. | Civil No.  2:25-cv-04515 |

### ORDER TO SHOW CAUSE

The Petition of Kimberly E. Andrews, Regional Director of the Fourth Region of the National Labor Relations Board, (Board) having been filed pursuant to Section 10(j) of the National Labor Relations Act, 29 U.S.C. § 151 et seq., as amended, praying for issuance of an order directing Respondent, New Vitae, Inc. d/b/a New Vitae Wellness and Recovery, to show cause why an injunction should not issue enjoining and restraining Respondent from engaging in certain acts and conduct in violation of the Act, pending the final disposition of the matters involved herein pending before the Board, and good cause appearing therefor,

**IT IS ORDERED** that Respondent appear before this Court, in Courtroom No. _____, at the United States Courthouse, Philadelphia, Pennsylvania on the _____ day of _____, 2025, at _____ (am/pm), or as soon thereafter as counsel can be heard, and then and there show cause, if any there be, why, pending the final disposition of the matters involved herein pending before the National Labor Relations Board, Respondent, its officers, representatives, agents,

servants, employees, attorneys, and all persons acting in concert or participation with it or them, should not be enjoined and restrained as prayed in the Petition; and

**IT IS FURTHER ORDERED** that Respondent file an answer to the allegations of the Petition with the Clerk of this Court, and serve a copy thereof upon Petitioner at her office located at The Wanamaker Building, 100 East Penn Square, Suite 403, Philadelphia, PA 19107, on or before the _____ day of _____, 2025, at _____ (am/pm); and

**IT IS FURTHER ORDERED** that service of a copy of this Order to Show Cause, together with a copy of the Petition and Exhibits upon which it is issued, be forthwith made upon Respondent, at its office located at 5644 Walnut Street, Philadelphia, PA 19139, in any manner provided in the Federal Rules of Civil Procedure, or by certified mail, and that proof of such service be filed herein.

Done at Philadelphia, Pennsylvania, this ____ day of _____, 2025.

_____
UNITED STATES DISTRICT JUDGE
District Court for the Eastern District of Pennsylvania