UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| KIMBERLY E. ANDREWS, Regional Director of the Fourth Region of the NATIONAL LABOR RELATIONS BOARD, for and on behalf of the NATIONAL LABOR RELATIONS BOARD,<br><br>Petitioner,<br>v.<br><br>NEW VITAE, INC. d/b/a NEW VITAE WELLNESS AND RECOVERY<br><br>Respondent | Civil No.   2:25-cv-04515 |

# CERTIFICATE OF SERVICE

**PETITION FOR INJUNCTION UNDER SECTION 10(j) OF THE NATIONAL LABOR RELATIONS ACT; MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF PETITION FOR INJUNCTION UNDER SECTION 10(j) OF THE NATIONAL LABOR RELATIONS ACT; PROPOSED TEMPORARY INJUNCTION ORDER; PROPOSED FINDINGS OF FACTS AND CONCLUSIONS OF LAW; PROPOSED ORDER TO SHOW CAUSE; MOTION FOR LEAVE TO EXCEED PAGE LIMIT FOR MEMORANDUM and ORDER; and MOTION TO TRY 10(J) PETITION ON THE BASIS OF THE RECORD DEVELOPED BEFORE THE ADMINISTRATIVE LAW JUDGE and ORDER.**

I, the undersigned employee of the National Labor Relations Board, being duly sworn, depose and say that on August 7, 2025, I served the above-entitled documents upon counsel for Respondent by electronic mail and first class mail at the following address:

Guy Vilim, Esquire
Noreen Amir, Esquire
The Law Office of Guy Vilim
11 South Olive Street, 2nd Floor
Media, PA 19063
gvilim@vilimlaw.com

                                                     s/Lea F. Alvo-Sadiky
                                                     LEA ALVO-SADIKY
                                                     Attorney for Petitioner
                                                     National Labor Relations Board, Region 4
                                                     100 E Penn Square, Suite 403
                                                     Philadelphia, PA 19107
                                                     (215)597-7630
                                                     Lea.Alvo-Sadiky@nlrb.gov