UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| KIMBERLY E. ANDREWS, Regional Director of the Fourth Region of the NATIONAL LABOR RELATIONS BOARD, for and on behalf of the NATIONAL LABOR RELATIONS BOARD,<br><br>　　　　　　　　　Petitioner,<br>　　　　v.<br><br>NEW VITAE, INC. d/b/a NEW VITAE., WELLNESS AND RECOVERY<br><br>　　　　　　　　　Respondent. | Civil No. 2:25-cv-04515 HB |

## MOTION OF THE NATIONAL LABOR RELATIONS BOARD FOR A STAY OF FURTHER PROEEDINGS IN LIGHT OF UNITED STATES GOVERNMENT CESSATION

To the Honorable Judge Harvey Bartle of the United States District Court for the Eastern District of Pennsylvania:

The National Labor Relations Board, by its Assistant General Counsel, respectfully requests a stay in the above-captioned case, and shows as follows:

1.　A stay is necessary because the attorney responsible for the case was furloughed indefinitely on October 1, 2021 as part of a shutdown of the federal government due to a lack of appropriated funds, along with essentially all of the Board's attorneys and other employees. Those attorneys are prohibited from working until they are recalled from furlough.  *See* 31 U.S.C. § 1342.

3.　The Board therefore requests a stay of further proceedings in this case until Congress has restored appropriations to the Board.

4.      If this motion for a stay is granted, undersigned counsel will notify the Court as soon as Congress has appropriated funds for the Board.  The Board requests that, at that point, all current deadlines for the parties be extended commensurate with the duration of the lapse in appropriations.

5.      Due to the shutdown's work prohibitions, Board attorneys have been unable to contact Respondent counsel to request Respondent's position with regard to this motion.

WHEREFORE, the Board moves for a stay of further proceedings in this case until Board attorneys are permitted to resume work.

>                Respectfully submitted,
>
>                /s/Richard J. Lussier
>                Richard J. Lussier
>                Assistant General Counsel
>                National Labor Relations Board
>                1015 Half Street S.E.
>                Washington DC  20570
>                (202) 273-3826

Dated at Washington, D.C.
this  _1st_  day of October 2025