IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| KIMBERLY E. ANDREWS | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| NEW VITAE, INC. | : | NO. 25-4515 |

ORDER

AND NOW, this 1st day of October 2025, in that the pending Petition for Injunction under Section 10(j) of the National Labor Relations Act, as amended, will be decided on the administrative record and the matter is now fully briefed, it is hereby ORDERED that the motion of the National Labor Relations Board for a stay of further proceedings in light of the United States Government Cessation (Doc. #15) is DENIED without prejudice.

BY THE COURT:

/s/  Harvey Bartle III
                        J.